

JIMMIE MECCYA WILLIAMS
311 Highland Street
BECKLEY, WEST VIRGINIA 25801
(304) 253-2713

UNITED STATES DISTRICT COURT                                  AUGUST 29, 2005
SOUTHERN DISTRICT OF NEW YORK
ATTN: HONORABLE HAROLD BAER, JR., JUDGE
500 PEARL STREET, CHAMBER 2230
NEW YORK, NEW YORK 10007

RE: *RESCHEDULING OF (PTC) PRETRIAL CONFERENCE OF 05-CV-5909*

Dear Judge Baer,

It has come to my attention that the Defendants in the above-styled action have not been served with the summons and complaint as of date. Due to the overwhelming burden put upon the agency having been appointed to effect service of same, may this Court consider rescheduling the Pre-trial Conference hearing (PTC) to a more effective date which reflect that service of both summons and complaint has been made.

Also, I the Plaintiff would sincerely request that this Court acknowledge that I am a residence of West Virginia, and a full time college student, with college classes held every Monday and Wednesday, between the hours of 8:30am and 3:45pm. I

If it would please the Court, the Plaintiff respectfully moves this court, when reconsidering re-scheduling the (PTC) pretrial conference, that it is more conducive for the Plaintiff and possibly the Defendants, to have sufficient time to adjust our inundated schedules to be available for the hearing, and that any Thursdays or Fridays are open for the Plaintiff, due to he is not involved in any college classes.

Your time and efforts in this matter is greatly appreciated. Should you have any questions regarding this letter, please contact me at the above address and phone number.

Respectfully submitted,

Jimmie Meccya Williams

cc: Clerk of Pro se office
    Clerk of the Court
    Plaintiff file

jmw

SO ORDERED:

Harold Baer, Jr., U.S.D.J.

Date: 9/6/05

September 6, 2005

Endorsement:

Adjournment to October 31 is agreeable but check with chambers for time--
2:30 p.m.