UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JIMMIE MECCYA WILLIAMS,

        **05 CV 5909 (HB) (DFE)**

    Plaintiff,

vs.           **Rule 7.1 Disclosure Statement**

TADD LAZARUS, M.D., P.C, ET Al. and
ST. CLARE'S HOSPITAL and HEALTH CENTER,

    Defendants.
------------------------------------------------------------x

  Defendant ST. CLARE'S HOSPITAL and HEALTH CENTER, n/k/a ST. VINCENT'S MIDTOWN HOSPITAL, by their attorneys SILVERSON, PARERES & LOMBARDI, LLP, discloses the following, in accordance with Rule 7.1 of the Federal Rules of Civil Procedure:

  1. ST. CLARE'S HOSPITAL and HEALTH CENTER, n/k/a ST. VINCENT'S MIDTOWN HOSPITAL is a hospital and not-for-profit corporation, and there is no parent corporation or publicly held corporation that owns 10% or more of the stock of the hospital.

Dated: New York, New York
October 12, 2005

        Respectfully submitted,

        SILVERSON, PARERES & LOMBARDI LLP

        BY: _____
        Victoria Lombardi
        Attorneys for Defendant
        **ST. CLARE'S HOSPITAL and HEALTH CENTER, n/k/a ST. VINCENT'S MIDTOWN HOSPITAL**
        300 East 42nd Street, 5th Fl.
        New York, New York 10017
        212-557-1818

TO:   Jimmie Meccya Williams
      Plaintiff Pro Se
      31 Highland Street
      Beckley, West Virginia  25801