AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK}
                 ss:
COUNTY OF NEW YORK  }

  Rachel H. Poritz, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York.

  On October 12, 2005 deponent served the within RULE 7.1 DISCLOSURE STATEMENT on the Pro-Se Plaintiff in this action by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

TO: Jimmie Meccya Williams
   31 Highland Street
   Beckley, West Virginia  25801

*(signed)* Rachel H. Poritz

Sworn to before me this
12th day of October, 2005.

*(signed)*
Notary Public

MELISSA C. MEYERS
Notary Public, State of New York
No. 31-5029420
Qualified in New York County
Commission Expires June 20, 2006