AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK}
                 ss:
COUNTY OF NEW YORK   }

  Rachel H. Poritz, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York.

  On October 12, 2005 deponent served the within ANSWER on the Pro-Se Plaintiff in this action by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

TO: Jimmie Meccya Williams
   31 Highland Street
   Beckley, West Virginia  25801

           _____
           Rachel H. Poritz

Sworn to before me this
12th day of October, 2005.

_____
Notary Public

Nancy I. Maltin
Notary Public, State of New York
No. 02MA6059665
Qualified in New York County
Term Expires June 4, 2007