UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
: 
JIMMIE MECCYA WILLIAMS, :
:
                Plaintiff, :
:
v. :   Action No. 05-CV-5909 (HB)
:
:
TADD LAZARUS, M.D., P.C., ET. AL. and :   **ORDER TRANSFERRING CASE**
ST. CLARE'S HOSPITAL AND HEALTH CENTER, :   **TO ELECTRONIC CASE**
:   **FILING SYSTEM**
                Defendants. :
:
------------------------------------------------------------- x

      This matter is before the Court upon the parties' joint request for an order transferring the above-captioned matter from the traditional paper filing system to the electronic case filing system established by this Court.

      It is therefore **ORDERED** that the above-captioned matter be transferred to the electronic case filing system in accordance with the Procedures for Electronic Case Filing presently adopted by this Court.

Dated: June 5, 2006

                                                    Hon. Harold Baer, Jr., U.S. District Judge

*USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 5-6-06*

*COPIES SENT TO COUNSEL OF RECORD:*

Paul C. Gluckow, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
*Counsel for Plaintiff Jimmie Meccya Williams*

Rachel H. Poritz, Esq.
Silverson, Pareres & Lombardi LLP
300 East 42nd Street, 5th Floor
New York, NY 10017
*Counsel for Defendant St. Clare's Hospital and Health Center*