UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
:
JIMMIE MECCYA WILLIAMS,                                            :
:
               Plaintiff,                       :
:
     v.                                                          :   Action No. 05-CV-5909 (HB)
:
:
TADD LAZARUS, MD, P.C., ET. AL. and                                :
ST. CLARE'S HOSPITAL AND HEALTH CENTER,                            :   **NOTICE OF APPEARANCE OF**
:   **JOSHUA R. GELLER**
               Defendants.                      :
:
------------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that Joshua R. Geller, an attorney of the law firm of Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Plaintiff, Jimmie Meccya Williams, in this action and requests that all subsequent papers be served upon her at the address indicated below.

      Please add the following to the service list for this proceeding:

        Joshua R. Geller, Esq. (JG-0187) (jgeller@stblaw.com)
        SIMPSON THACHER & BARTLETT LLP
        425 Lexington Avenue
        New York, New York 10017-3954
        (212) 455-2000 (Telephone)
        (212) 455-2502 (Facsimile)

| | |
|---|---|
| Dated: June 6, 2006<br>New York, New York | SIMPSON THACHER & BARTLETT LLP<br><br>By: _____/s/_____<br><br>Joshua R. Geller, Esq. (JG-0187)<br>425 Lexington Avenue<br>New York, New York 10017-3954<br>(212) 455-2000 (Telephone)<br>(212) 455-2502 (Facsimile)<br><br>*Attorneys for Plaintiff Jimmie Meccya Williams* |

## CERTIFICATE OF SERVICE

I, Ricardo M. Rosario, hereby certify, under penalty of perjury pursuant to 28 U.S.C. §1746, that on this 6th day of June 2006, I served a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF JOSHUA R. GELLER** upon the following via first class mail, postage pre-paid:

>Rachel H. Poritz, Esq.
>SILVERSON, PARERES & LOMBARDI LLP
>300 East 42nd Street, 5th Floor
>New York, NY 10017
>
>*Counsel for Defendant St. Clare's Hospital and Health Center*

                                          _____/s/_____
                                               Ricardo M. Rosario