DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/06

RECEIVED
AUG 11 2006
HAROLD BAER
DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
JIMMIE MECCYA WILLIAMS,              :
                                      :
                Plaintiff,            :   Action No. 05-CV-5909 (HB)
                                      :
        vs.                           :
                                      :
TADD LAZARUS, MD, P.C., et. al and    :
ST. CLARE'S HOSPITAL AND HEALTH       :
CENTER,                               :
                                      :
                Defendant.            :
                                      :
------------------------------------- x

## PROPOSED ORDER

IT IS HEREBY ORDERED that the Southern Regional Jail in Beaver, West Virginia, shall administer the following three tests upon Mr. Jimmie Meccya Williams, Inmate #31732, Social Security #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:

- HIV1 ELISA/WB (equivalent of Specialty Laboratories test #9915, *HIV-1 & 2 Antibodies [EIA] reflex to IB* (*see* http://www.specialtylabs.com));

- HIV1 DNA PCR (equivalent of Specialty Laboratories test #9885, *HIV-1 DNA DetectR*); and

- HIV1 RNA PCR (equivalent of Specialty Laboratories test #9884A, *RNA Quantitation [Roche Amplicor]*).

IT IS FURTHER ORDERED that the Southern Regional Jail shall take all reasonable measures to ensure that the tests are performed on blood samples actually taken from Mr. Williams and not from any other individual.

SIGNED AND ENTERED this _17_ day of _August_, 2006

_____
Honorable Harold Baer, Jr.
United States District Court Judge


AGREED AS TO FORM AND CONTENT:


ATTORNEYS FOR PLAINTIFF

By: PAUL C. GLUCKOW, ESQ.
    JOSHUA R. GELLER, ESQ.
    EMMA LINDSAY, ESQ.

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000


ATTORNEYS FOR DEFENDANT

By: RACHEL H. PORITZ, ESQ.
    VICTORIA A. LOMBARDI, ESQ.

SILVERSON, PARERES & LOMBARDI LLP
300 East 42nd Street, 5th Floor
New York, New York 10017
(212) 557-1818