**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------ x
                                                                   :
JIMMIE MECCYA WILLIAMS,                                            :
                                                                   :
                        Plaintiff,                                 :
                                                                   :
            v.                                                     :   Action No. 05-CV-5909 (HB)
                                                                   :
                                                                   :
TADD LAZARUS, MD, P.C., ET. AL. and                                :
ST. CLARE'S HOSPITAL AND HEALTH CENTER,                            :   NOTICE OF APPEARANCE OF
                                                                   :   EMMA L. LINDSAY
                        Defendants.                                :
                                                                   :
------------------------------------------------------------------ x
```

**PLEASE TAKE NOTICE** that Emma L. Lindsay, an attorney of the law firm of Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Plaintiff, Jimmie Meccya Williams, in this action and requests that all subsequent papers be served upon her at the address indicated below.

Please add the following to the service list for this proceeding:

> Emma L. Lindsay, Esq. (EL-0604) (elindsay@stblaw.com)
> SIMPSON THACHER & BARTLETT LLP
> 425 Lexington Avenue
> New York, New York 10017-3954
> (212) 455-2000 (Telephone)
> (212) 455-2502 (Facsimile)

| | |
|---|---|
| Dated: September 15, 2006<br>New York, New York | SIMPSON THACHER & BARTLETT LLP<br><br>By: _____/s/_____<br><br>Emma L. Lindsay, Esq. (EL-0604)<br>425 Lexington Avenue<br>New York, New York 10017-3954<br>(212) 455-2000 (Telephone)<br>(212) 455-2502 (Facsimile)<br><br>*Attorneys for Plaintiff Jimmie Meccya Williams* |

## CERTIFICATE OF SERVICE

I, Ricardo M. Rosario, hereby certify, under penalty of perjury pursuant to 28 U.S.C. §1746, that on this 15th day of September 2006, I served a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF EMMA LINDSAY** upon the following via first class mail, postage pre-paid:

> Rachel H. Poritz, Esq.
> SILVERSON, PARERES & LOMBARDI LLP
> 300 East 42nd Street, 5th Floor
> New York, NY 10017
>
> *Counsel for Defendant St. Clare's Hospital and Health Center*

_____/s/_____
Ricardo M. Rosario
