425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER

212-455-2436

jgeller@stblaw.com

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/31/06

BY FACSIMILE (212) 805-7901          October 27, 2006

Re:    Williams v. Lazarus
       No. 05-Civ-05909

RECEIVED
OCT 27 2006
HAROLD BAER
U.S. DISTRICT JUDGE
S D N Y.

Honorable Harold Baer, Jr.
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Chambers 2230
New York, New York 10007

Dear Judge Baer:

        This firm represents the plaintiff in the above-referenced action. This Court's
scheduling order of May 25, 2006 ordered that discovery be completed by November 1,
2006. We attach a copy of this order and a current copy of the docket report for the Court's
convenience. Unfortunately, discovery has been delayed due to the plaintiff's incarceration
in West Virginia.

        We are pleased to report to the Court that the plaintiff has recently been
released, and that the parties are working together to complete discovery in an expeditious
manner. The plaintiff's deposition is scheduled for November 17, 2006, and the deposition
of defendants will take place shortly thereafter. Subject to the Court's approval, the parties
have agreed to complete fact discovery by December 1, 2006. We do not anticipate that the
discovery delay will affect the March, 2007 trailing trial calendar.

        We respectfully request that Your Honor "so order" this scheduling change if
it meets with the Court's approval.

                                        Respectfully,

                                        Joshua R. Geller

Attachments

cc:   Rachel H. Fritz, Esq. (by facsimile 212-558-1336)

LOS ANGELES      PALO ALTO      WASHINGTON, D.C.      HONG KONG      LONDON      TOKYO

If what you say is so then the extension is fine with me - obviously it means there will be no motions unless fully briefed motions are in Chambers within 60 days to decide before March 1, 2007. This is certainly possible but you will have to work out the schedule.