UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JIMMIE MECCYA WILLIAMS,

               Plaintiff,

      vs.

TADD LAZARUS, M.D., P.C., ET AL.

      and

ST CLARE'S HOSPITAL AND HEALTH CENTER,

              Defendants.

------------------------------------------------------------------x

Case No.: 05 Civ. 5909 (HB)

## NOTICE OF MOTION IN LIMINE TO EXCLUDE EVIDENCE OF OR REFERENCE TO ANY PRIOR OR SUBSEQUENT "BAD ACTS" BY OR CRIMINAL CONVICTIONS OF PLAINTIFF

    PLEASE TAKE NOTICE that Plaintiff Jimmie Meccya Williams will move this Court, before the Honorable Harold Baer, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on March 12, 2007 at 9:30 am, or as soon thereafter as counsel can be heard, in accordance with Paragraph 3(E) of the Court's Individual Practices, for an order, pursuant to Federal Rules of Evidence 401 through 403, 608, 609 and 611, and the Court's inherent power, prohibiting Defendant St. Clare's Hospital and Health Center ("St. Clare's") from introducing at trial evidence of, or referring to, any prior or subsequent "bad acts" by or criminal convictions of Plaintiff, and for such other and further relief as the Court deems just and proper.

    PLEASE TAKE FURTHER NOTICE that, in support of this motion, Plaintiff

will rely upon the Memorandum of Law and Declaration of Joshua R. Geller submitted herewith,

as well as all other papers and proceedings had in this action.

Dated:  New York, New York
         February 14, 2007

                              SIMPSON THACHER & BARTLETT LLP


                              By:  _____/s/_____
                                   Paul C. Gluckow (PG-0159)
                                   Joshua R. Geller (JG-0187)
                                   Emma Lindsay (EL-0604)

                                   425 Lexington Avenue
                                   New York, New York 10017-3954
                                   Telephone:  (212) 455-2000
                                   Facsimile:   (212) 455-2502

                                   Attorneys for Plaintiff