UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
................................................................ x
JIMMIE MECCYA WILLIAMS,

                              Plaintiff,

-vs-

                                           Case No.: 05 Civ. 5909(HB)

TADD LAZARUS, M.D., P.C., ET AL.

       and

ST CLARE'S HOSPITAL AND HEALTH CENTER,

                              Defendants.
................................................................x

**AFFIDAVIT OF SERVICE**

SIMPSON THACHER & BARTLETT LLP

Paul C. Gluckow (PG-0159)
Joshua R. Gellar (JG-0187)
Emma Lindsay (EL-0604)

425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Attorneys for Plaintiff

**AFFIDAVIT OF SERVICE BY FED EX**

STATE OF NEW YORK )
                                : ss.:
COUNTY OF NEW YORK )

      Safiya Boucaud, being duly sworn, deposes and says:

1. I am over the age of eighteen (18) and am not a party to this action and reside in Brooklyn, New York.

2. On the 14th Day of February, 2007 I served a copy of attached

- NOTICE OF MOTION IN LIMINE TO EXCLUDE EVIDENCE OF OR REFERENCE TO ANY PRIOR OR SUBSEQUENT "BAD ACTS" BY OR CRIMINAL CONVICTIONS OF PLAINTIFF

- MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF OR REFERENCE TO ANY PRIOR OR SUBSEQUENT "BAD ACTS" BY OR CRIMINAL CONVICTIONS OF PLAINTIFF

- DECLARATION OF JOSHUA R. GELLAR IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE EVIDENCE OF OR REFERENCE TO ANY PRIOR OR SUBSEQUENT "BAD ACTS" BY OR CRIMINAL CONVICTIONS OF PLAINTIFF

      Upon: Rachel H. Poritz, Esq.
             Silverson Pareres & Lombardi, LLP
             300 E. 42nd Street, 5th Floor
             New York, NY 10017

by tendering a true copy of the same in a properly addressed envelope to Fed Ex for one-day overnight delivery
service

Dated: February 14th, 2007
         New York, New York

                                                                  Safiya Boucaud

Sworn to before me this
14th Day of February, 2007

Notary Public

JACQUELINE WILLIAMS
NOTARY PUBLIC, State of New York
No. 01WI6154284
Qualified in Bronx County
Commission Expires October 23, 2010