UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JIMMIE MECCYA WILLIAMS,

                Plaintiff,

vs.

TADD LAZARUS, M.D., P.C, ET Al. and
ST. CLARE'S HOSPITAL and HEALTH CENTER,

                Defendants.
------------------------------------------------------------x

Action No. 05 CV 5909 (HB)

### NOTICE OF MOTION TO VACATE THE DEFAULT NOTED BY THE CLERK AGAINST THE NON-APPEARING DEFENDANT TADD LAZARUS, M.D.

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law, Declaration of Victoria Lombardi, Esq., dated February 16, 2007, the Affidavit of John Hernandez, sworn to on January 12, 2007, the Affidavit of Linda Brown, sworn to on January 12, 2007, the exhibits annexed hereto, and all prior pleadings and proceedings in this action, the undersigned will move this Court before the Honorable Harold Baer, Jr., United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, on March 12, 2007 at 9:30 am, or as soon thereafter as counsel can be heard, pursuant to Federal Rules of Civil Procedure 4 and 55(c) and the Local Rules of the United States District Courts for an Order vacating the default noted against defendant Tadd Lazarus, M.D., P.C., and for such other and further relief as This Court deems necessary and just.

Dated: New York, New York
       February 16, 2007

                                    SILVERSON, PARERES & LOMBARDI, LLP

                                    By_____/s/_____.
                                    Victoria Lombardi, Esq. (VL-4722)

        300 East 42nd Street
        New York, New York 10017
        T. (212) 557-1818
        F. (212) 557-1336
        Attorneys for Defendant, St. Clare's Hospital
        and Health Center, n/k/a St. Vincent's
        Midtown Hospital

TO:   Joshua R. Geller, Esq.
       Simpson Thacher & Bartlett LLP
       Attorneys for Plaintiff
       425 Lexington Avenue
       New York, New York  10017