UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JIMMIE MECCYA WILLIAMS,

                            Plaintiff,

        vs.

TADD LAZARUS, M.D., P.C, ET Al. and
ST. CLARE'S HOSPITAL and HEALTH CENTER,

                            Defendants.
------------------------------------------------------------x

**05 CV 5909 (HB) (DFE)**

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Victoria A. Lombardi and Rachel H. Poritz, attorneys of the law firm of Silverson Pareres & Lombardi LLP, duly admitted to the Bar of this Court, hereby appear as counsel for Defendant ST. CLARE'S HOSPITAL and HEALTH CENTER, n/k/a ST. VINCENT'S MIDTOWN HOSPITAL in this action and request that all papers be served upon them at the address indicated below.

    Victoria A. Lombardi, Esq. (VL-4722) (vlombardi@splllp.com)
    Rachel H. Poritz, Esq. (RP-7320) (rporitz@splllp.com)
    SILVERSON, PARERES & LOMBARDI LLP
    300 East 42nd Street, 5th Fl.
    New York, New York 10017
    T. 212-557-1818
    F. 212-557-1336

Dated: New York, New York
February 20, 2007

                            SILVERSON, PARERES & LOMBARDI LLP

                            BY: _____/s/_____
                            Victoria Lombardi, Esq. (VL-4722)
                            Rachel H. Poritz, Esq. (RP-7320)
                            300 East 42nd Street, 5th Fl.
                            New York, New York 10017
                            212-557-1818

                            Attorneys for Defendant **ST. CLARE'S HOSPITAL and HEALTH CENTER, n/k/a ST. VINCENT'S MIDTOWN HOSPITAL**