UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JIMMIE MECCYA WILLIAMS,

                  Plaintiff,

       vs.

TADD LAZARUS, M.D., P.C, ET Al. and
ST. CLARE'S HOSPITAL and HEALTH CENTER,

                  Defendants.
------------------------------------------------------------x

Action No. **05 CV 5909**

**DECLARATION OF RACHEL H. PORITZ, ESQ. IN FURTHER SUPPORT OF THE MOTION TO VACATE THE DEFAULT AGAINST DR. LAZARUS**

Rachel H. Poritz, Esq., an attorney duly admitted to practice before this Court, submits this declaration pursuant to 28 U.S.C §1746 and declares that the following is true and correct under the penalties of perjury:

1) I am an associate of the law firm of Silverson, Pareres & Lombardi, LLP attorneys for defendant, St. Clare's Hospital and Health Center, n/k/a St. Vincent's Midtown Hospital.

2) This declaration is respectfully submitted in further support of and in reply to plaintiff's opposition to defendant's motion to vacate the default of co-defendant Tadd Lazarus, M.D.

3) I have personal knowledge of the facts stated herein, and if called to testify as a witness, I could and would competently testify.

4) Attached hereto as EXHIBIT "A" is a true and correct copy of the deposition of plaintiff Jimmie Meccya Williams in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2007

                        _____/s/_____.
                        Rachel H. Poritz  (RP-7320)

## Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
      ---------------------------------x
 4    JIMMIE MECCYA WILLIAMS,
 5                            Plaintiff,
                                            05 Civ.5909
 6                                          (HB)
      -against-
 7
 8    TADD LAZARUS and ST. CLARE'S HOSPITAL
      and HEALTH CENTER,
 9
                              Defendants.
10    ---------------------------------x
                              November 17, 2006
11                            10:05 A.M.
12
13
14
15                 Deposition of JIMMIE MECCYA
16         WILLIAMS, taken by the Defendants,
17         pursuant to Court Order, held at the
18         offices of Simpson, Thacher & Bartlett,
19         LLP, 425 Lexington Avenue, New York, New
20         York 10017, before Joseph Maltzmacher, a
21         shorthand reporter and Notary Public
22         within and for the State of New York.
23
24
25
```

## Page 2

```
 1
 2    A P P E A R A N C E S :
 3
 4         SIMPSON, THACHER & BARTLETT, LLP
 5              Attorneys for the Plaintiff
 6              425 Lexington Avenue
 7              New York, New York 10017
 8         BY:  JOSHUA GELLER, ESQ.
 9              -and-
10              EMMA LINDSAY, ESQ.
11
12
13         SILVERSON, PARERES & LOMBARDI, LLP, ESQ.
14              Attorneys for Defendants
15              300 East 42nd Street
16              New York, New York 10017
17
18         BY:  ROBERT SILVERSON, ESQ.
19
20
21
22
23
24
25
```

## Page 3

```
 1                      3
 2         IT IS HEREBY STIPULATED AND AGREED,
 3    by and among the attorneys for the respective
 4    parties here, that the sealing, filing and
 5    certification of the within deposition be
 6    waived; and that such deposition may be signed
 7    and sworn to before any officer authorized to
 8    administer an oath with the same force and
 9    effect as if signed and sworn to before the
10    officer whom said deposition is taken;
11         IT IS FURTHER STIPULATED AND
12    AGREED, that all objections, except as to form,
13    are reserved to the trial;
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 4

```
 1                   Williams                    4
 2         J I M M I E  M E C C Y A  W I L L I A M S,
 3    called as a witness, after having first been
 4    duly sworn by a Notary Public of the State of
 5    New York, was examined and testified as follows:
 6    EXAMINATION BY
 7    MR. SILVERSON:
 8         Q.  What is your name?
 9         A.  Jimmie Meccya Williams.
10         Q.  Where do you reside?
11         A.  20 West Walnut Street, Richwood,
12    West Virginia 26261.
13         Q.  Good morning Mr. Williams, I'm
14    going to be asking you some questions regarding
15    the matter of Williams against St. Clare's
16    Hospital and others.
17         If there is a question that I ask you
18    that you don't understand or that needs
19    repetition or clarification, please indicate
20    that to me and I'll try to rephrase the question
21    or ask another one.
22         If there is anything you don't understand
23    or you want to confer with your attorney for any
24    reason, please let me know and we'll stop the
25    deposition at that point.
```

## Page 5

```
 1                   Williams                    5
 2         If you need a break for any reason please
 3    indicate that and we'll stop; is that
 4    understood?
 5         A.  Yes.
 6         Q.  How long have you lived at the
 7    address that you've just given?
 8         A.  I've lived at that address this
 9    particular time, since October of this year.
10         Q.  Prior to that, where did you live?
11         A.  311 1/2 Highland Street, Beckley,
12    West Virginia.
13         Q.  How long had you lived at that
14    address?
15         A.  Seven months.
16         Q.  So that would be, if my math is
17    correct, February or March of '06?
18         A.  Correct.
19         Q.  Somewhere in that time frame?
20         A.  Yes.
21         Q.  Is that a rental, is it an
22    apartment or house?
23         A.  It's a one bedroom apartment over a
24    two car garage.
25         Q.  Prior to that, where did you live?
```

## Page 6

```
 1                   Williams                    6
 2         A.  P.O. Box 1, Huttonsville, West
 3    Virginia.
 4         Q.  That's a Federal or state prison?
 5         A.  It's a state prison.
 6         Q.  When were you released from
 7    Huttonsville?
 8         A.  August 8, 2005.
 9         Q.  So from August 8 of 2005, you moved
10    to Highland Street or somewhere else?
11         A.  Highland Street.
12         Q.  You then moved in October to
13    Richwood, West Virginia; is that correct?
14         A.  That's correct.
15         Q.  Was that an apartment or a home?
16         A.  That's a home.
17         Q.  Do you own that home?
18         A.  That residence belongs to my
19    mother.
20         Q.  Can I have your date of birth?
21         A.  9/13/1963.
22         Q.  Your social security number?
23         A.  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.
24         Q.  Mr. Williams, I want to ask you
25    some questions about your prior medical history.
```

Williams                    7

2  In that regard, there was reference in some of
3  your medical records to an accident or an
4  incident that occurred in 1984 regarding your
5  arms or an injury to your arms or your upper
6  body somewhere.  Can you tell me something about
7  that?
8       A.  I have never had an accident in
9  '84.  Can you clarify?
10      Q.  Yes, I'll be glad to.
11           There are some records, I believe from
12 one of the prison facilities that you were in,
13 by way of medical history that you gave,
14 indicating that you had numbness in your arms
15 and there was an on or about date of 1984.  Does
16 that refresh your memory as to whether or not
17 you sustained any injury to your arms at that
18 time or close to that time?
19      A.  In 1984 -- the only injury I
20 sustained in 1984 was a burn that I obtained
21 from doing construction.
22      Q.  I believe you were an iron worker
23 at one point?
24      A.  Yes; that's correct.
25      Q.  In the '80s?

Williams                    8

2       A.  Yes.
3       Q.  Did you ever have any injury
4  on-the-job where you were disabled for any
5  period of time during the 1980s, more
6  specifically injury to your upper body or to
7  your arms?
8       A.  There was another incident, yes.
9       Q.  When was that?
10      A.  I can't remember exactly what time,
11 but I remember there was another injury.
12      Q.  Can you describe for me in brief or
13 in substance what that injury was?
14      A.  It was my upper back.
15           What else do you want to know?
16      Q.  How did the injury occur?
17      A.  The injury occurred when we had to
18 move a girder.  Now a girder is a beam that is
19 constructed with rebar.  At this particular
20 time, I was the foreman on the job.  This beam
21 was 60 feet long.  And you use a crane to move
22 it.  And the injury that I sustained was because
23 the beam -- when the crane picks it up, it's
24 like spaghetti, because it's so long.  And as we
25 were setting the beam in it's form, I sustained

Williams                    9

2  an injury to my upper back.
3       Q.  Did the beam strike some part of
4  your body?
5       A.  The beam never touched me.
6       Q.  Did you fall off, injuring your
7  back?
8       A.  No.  What happened, it was
9  basically trying to put a beam inside a girder.
10 And it's moving like spaghetti and it's 60 feet
11 long.  And it's shaking.  What happened, I would
12 say, that it like jerked my arm to where my
13 upper back was injured.
14      Q.  Were you hospitalized or did you
15 receive medical treatment for the injury?
16      A.  Therapy.
17      Q.  When you say therapy, meaning
18 physical therapy?
19      A.  Yes.
20      Q.  For what period of time were you in
21 therapy; in terms of weeks or months?
22      A.  In terms of weeks, six weeks.
23      Q.  Did you file a workers'
24 compensation claim at that time for your injury?
25      A.  No.

Williams                    10

2       Q.  In terms of your arm, which arm was
3  it that was injured?
4       A.  My right.
5       Q.  The extent of the injury was that
6  arm casted, placed in a sling or anything else?
7       A.  No.
8       Q.  Can you describe, if you recall,
9  what sensations, if any, you were feeling in
10 your arm or something else?
11      A.  Pain.
12      Q.  Did the therapy help the arm?
13      A.  Yes.
14      Q.  Did you have any reocurrence of
15 that injury in terms of future pain after that
16 six week period?
17      A.  None.
18      Q.  Do you recall, was it in the early
19 1980s somewhere, in terms of time?
20      A.  On or around the year of '85.
21      Q.  I'm still referring to the 1980s.
22 At any time during the 1980s up until 1990, were
23 you hospitalized for any medical condition?
24      A.  Hospitalized for any medical
25 condition, no.  I don't recall.

Williams                    11

2       Q.  From, let's call it, 1985 to 1990
3  were you working in the construction field?
4       A.  Yes.
5       Q.  At any time during that period of
6  1985 to 1990, were you incarcerated for any
7  reason?
8       A.  1985 to 1990, no.
9       Q.  In terms of your emotional health
10 during that time period, were you under the care
11 or treatment of any mental health professional,
12 either psychiatrist, psychologist or social
13 worker for any condition?
14      A.  Absolutely not.
15      Q.  Did there come a time in 1990, that
16 you were hospitalized for a suicide attempt?
17      A.  Absolutely not.
18      Q.  Did you ever tell anyone, either a
19 medical professional or psychiatrist or
20 psychologist, that you had been hospitalized and
21 treated for depression and attempted suicide by
22 taking an overdose of medication?
23           MR. GELLER:  Object to the compound
24 question.  You can answer if you
25 understand.

Williams                    12

2           MR. SILVERSON: Do you understand
3  the question?
4       Q.  I can shorten it if you would like.
5       A.  Please.
6       Q.  You indicated you were not under
7  the care of a psychiatrist or a psychologist; is
8  that correct, in the 1990 area, 1989, 1990,
9  1991?
10      A.  I was not under the care of any
11 psychiatrist or any other medical treatment
12 program.
13      Q.  Did there come a time on or about
14 those dates, that you attempted suicide by
15 taking pills?
16      A.  During what year?
17      Q.  More specifically to 1990, but if
18 there is another time period that this occurred,
19 I'm asking you if you have any recollection of
20 that?
21      A.  I have no recollection of ever
22 trying to commit suicide.
23      Q.  Did you ever tell anyone, at any of
24 the correctional institutions that you were
25 housed at, that you had attempted suicide in

**Page 13**

Williams 13

1990?

A. Absolutely not.

Q. From 1990 to 1993 were you still working in the field of construction?

A. Repeat that question.

MR. SILVERSON: Would you read it back.

(Whereupon, the prior question was read back by the reporter.)

A. Yes.

Q. Where were you working, what part of the country?

A. Dulles, West Virginia, outside of D.C.

Q. During the years prior to that, had you worked for the same company or were you going to different jobs and working for different employers?

A. I worked for the highest paid, highest bidder.

Q. Were you a member of the iron workers union?

A. Local 201.

Q. Did there come a time in the 1990s

**Page 14**

Williams 14

that you were arrested and convicted of a crime?

A. I'm not sure.

Q. By way of refreshing your recollection, were you incarcerated at Rikers Island in New York City on December 8, 1993; on or about that date?

A. Yes.

Q. What were you either arrested for and ultimately convicted of?

A. I don't know.

Q. Did there come a time that you were sentenced, based on either a conviction or by plea or by verdict to a term in jail?

A. Do you have an idea of what that term was.

Q. I do. From December 22 of 1993 to October of 1995, I believe starting at either Oneida Correction and to Downstate and then ultimately to Franklin.

A. Yes, I remember.

Q. Can you give me some detail of what you were convicted for and what your sentence was?

MR. GELLER: That calls for a

**Page 15**

Williams 15

narrative. Can you ask more specific questions.

MR. SILVERSON: I can.

Q. What were you convicted for?

A. Welfare fraud.

Q. Was that a felony?

A. Yes.

Q. Were you sentenced to a term in prison as a result of your plea to the welfare fraud?

A. I was sentenced, yes.

Q. What was your sentence?

A. No less than 1, no more than 3.

Q. Was this in New York State or someplace else?

A. This was right here in Manhattan.

Q. Where did you go by way of correctional facilities?

A. I started out on Rikers Island. Next stop was Downstate. After Downstate, it was Oneida. After Oneida, I went to six months shock camp, where it was located I can't remember.

Q. That was a confined facility?

**Page 16**

Williams 16

A. It was program that you do six months, come out, do shock parole. I didn't want the program. After that, I went to Dannemora. After Dannemora I went to Franklin. From Franklin, I was released.

Q. Do you recall your release date?

A. No, I do not.

Q. Would it refresh your memory if I told you it was in October of 1995?

A. No, it would not. It would not refresh my memory.

Q. Would it be in the year of 1995 that you were released, you indicated it was a 1 to 3 sentence?

A. Yes.

Q. Did you serve roughly two-thirds of that sentence?

A. Yes.

Q. Somewhere between 1994 and 1995 you were released, would that be a fair statement?

A. I can't say if it would be fair.

Q. Do you have any documents that would refresh your recollection?

I'll leave a blank space in the

**Page 17**

Williams 17

transcript and request you fill in the date.

(INSERT)

Q. Do you have documents at home?

A. No, I do not.

Q. I'm just trying to establish when you got out?

A. No.

Q. During the time that you were in these various facilities, did you have any medical problems at all?

A. I had blood in my urine.

Q. When was that?

A. That was when I was at shock. The name of the facility I don't know.

Q. Did you receive medical treatment for that condition?

A. No. I was just told not to work out so hard.

Q. Did you have any complaints of either chronic constipation or abdominal pain during that time period?

A. Chronic constipation.

Q. When was that, if you can time frame it; that was while you were in the

**Page 18**

Williams 18

facilities, correct?

A. The chronic constipation was during the time that I was -- started around the time I was at Oneida.

Q. Prior to that, did you have any history in your background of having difficulty with bowel movements or constipation?

A. Not that I can recall, no.

Q. So the condition started at Oneida and then you were treated for the condition?

A. No.

Q. Did you take any medication to relieve the constipation, such as milk of magnesia or a laxative or something else?

A. Occasionally a laxative, yes.

Q. Did you ever make any complaints during the time period you had this constipation of hemorrhoids?

A. No.

Q. No, you didn't make any complaints, or you don't recall?

A. No, I didn't make any complaints.

Q. Do you ever recall making a complaint to someone at the correction facility

| | |
|---|---|
| **Page 19** | **Page 22** |

**Page 19**

Williams 19

1 that you hadn't had a bowel movement in 9 to
2 days, does that refresh your memory?
3     A. Yes.
4     Q. Did you also at that same time
5 indicate that you developed hemmorhoids as a
6 result of constipation?
7     A. I have never made the assumption of
8 having hemorrhoids. However, it was suggested
9 to me that that maybe the problem.
10     Q. Did you ever make a complaint to
11 anyone while at the correction facility with
12 regard to the constipation, regarding finding
13 blood in the toilet after you attempted to make
14 a bowel movement?
15     A. Yes.
16     Q. Was it after that that they told
17 you that it was possibly a hemorrhoidal
18 condition?
19     A. I can't answer that. I don't know.
20     Q. Also, in either years between1993
21 and 1995 while incarcerated, did you make any
22 complaints of stomach pain and pain on the side
23 of your body regarding your liver?
24     A. The only time that I can recall

**Page 20**

Williams 20

1 making an issue of my stomach is during
2 constipation. The medical staff at Downstate
3 recommended that I do a liver biopsy.
4     Q. Why was that, if you know?
5     A. When you're incarcerated they don't
6 give you any information.
7     Q. Prior to that recommendation, did
8 you have a blood test, and they looked at how
9 the blood related to your liver functions?
10     A. I've had numerous blood tests.
11 Now, what they were in regards to, I don't know.
12     Q. Do you recall, I think, they had
13 scheduled a liver biopsy for you?
14     A. Yes.
15     Q. That was at St. Agnes Hospital in
16 White Plains?
17     A. It was at a hospital.
18     Q. Would it refresh your memory
19 whether it was St. Agnes Hospital in White
20 Plains or somewhere else, would that help you
21 remember?
22     A. I can tell you that they brought me
23 from the correctional facility. At the time, I
24 don't even remember what facility I was at.

**Page 21**

Williams 21

1 They brought me down to a regular public
2 hospital. Whether it was in White Plains, in
3 the Bronx, I do not know.
4     Q. Just let me stop you for a second.
5 Did you keep any memos or notes or records of
6 your medical treatment over the years?
7     A. No.
8     Q. Did you in fact go and have a liver
9 biopsy?
10     A. Yes.
11     Q. That was due to elevated liver
12 levels in your blood, would that be a fair
13 statement?
14     A. Could you repeat that question.
15     MR. SILVERSON: Could you read that
16 back.
17     (Whereupon, the prior question was
18 read back by the reporter.)
19     A. What is an elevated liver level?
20     Q. I'll ask you another question.
21 Did a doctor meet with you after you had
22 the liver biopsy in regard to what the biopsy
23 showed, if anything?
24     A. Yes.

**Page 22**

Williams 22

1     Q. What do you recall the doctor
2 telling you about your liver?
3     A. He said that I need to eat healthy,
4 drink a lot of water, and any deterioration that
5 I've incurred to my liver would eventually heal
6 itself. But I had to start immediately, because
7 if I go -- if I continue, I could create
8 cirrhosis of the liver.
9     And then -- it wasn't a he, it was a she.
10 She said, that your liver can get holes inside.
11 Once fat grows inside those holes, that's when
12 you begin to get cirrhosis. But if you eat
13 healthy, drink a lot of liquids, healthy liquids
14 that is, that the liver is an organ that
15 refurbishes itself and you'll be fine.
16     Q. Were you diagnosed with any medical
17 condition after the biopsy of your liver?
18     A. I don't know. They never told me.
19     Q. Have you ever been diagnosed with
20 Hepatitis C?
21     A. I was told that I had Hepatitis C.
22 Then it was questionable when I was at
23 Huttonsville.
24     Q. If you can recall, when were you

**Page 23**

Williams 23

1 diagnosed with Hepatitis C; who told you that
2 and when?
3     A. Downstate.
4     Q. What led them to that diagnosis; in
5 other words, were you complaining of pain in
6 your body somewhere or had they done routine
7 testing and discovered it or something else?
8     A. Blood in my urine.
9     Q. Was that what you had referred to
10 before when you mentioned it?
11     A. No. Before I mentioned it, if I'm
12 not mistaken, we was talking about when I was in
13 shock.
14     Q. From the shock camp?
15     A. Yes.
16     Q. This was before, while you were
17 incarcerated at Downstate?
18     A. Yes.
19     Q. Other than blood in your urine,
20 were there any other other symptoms that you had
21 before you received the diagnosis of Hepatitis
22 C?
23     A. I can't recall all the times that I
24 have had any ailments.

**Page 24**

Williams 24

1     Q. I know it's a long time ago, but in
2 terms of your ability to function at Downstate
3 in terms of either a job that you may have had
4 there or work duty or whatever it might be, were
5 you put on any kind of limited details because
6 of the illness that you had?
7     A. Downstate is a 23 lockdown
8 facility.
9     Q. I'm not familiar with that.
10 That meant you were in your cell for 23
11 hours?
12     A. When you're in a 23 hour lockdown
13 facility there is no work.
14     Q. What, if any, treatment did they
15 give you for Hepatitis C?
16     A. None.
17     Q. What medications did they prescribe
18 for you, if any?
19     A. None.
20     Q. What medical advice did they give
21 you, if any, regarding your care of yourself
22 after the diagnosis of Hepatitis C?
23     A. I told you that.
24     Q. Eat healthy?

**Page 25**

Williams                    25
1
2    A. Eat healthy and drink lots of
3  water.
4    Q. As of today, are you still
5  diagnosed with the condition of Hepatitis C?
6    A. As I said before, Huttonsville said
7  it was questionable. That they need to have a
8  panel test conducted, which I never had done.
9    Q. So you don't know?
10   A. I don't know.
11   Q. Mr. Williams, just so I have an
12 order of things, you went from Downstate
13 correctional to Oneida. Then to a six month
14 shock camp. Then to Dannemora and then to
15 Franklin; would that be a correct order of
16 things?
17   A. Pretty much, yes.
18   Q. This was all under the sentencing
19 of a 1 to 3 sentence; correct?
20   A. That's correct.
21   Q. Since this is basically a white
22 collar crime, was there a reason why you were in
23 a 23 hour lockdown, other than being in the
24 general population of the prison?
25   I'm sorry to have to ask these questions,

**Page 26**

Williams                    26
1
2  I apologize.
3    A. I have to elaborate on this one.
4  Apparently you all are not familiar with how
5  corrections operate.
6    When you're incarcerated -- when you're
7  sentenced to a correctional facility, a/k/a
8  penitentiary, you have to be classified. And
9  before this classification is conducted where
10 they give you a level, you're locked down.
11   Once you're classified, then they put you
12 in an area most conducive to what they call,
13 "rehabilitation." Not everyone who thresholds
14 the penal system goes through a lockdown.
15 Because you just can't put a person in prison
16 and he's not a violent criminal and put him with
17 violent criminals.
18   So once classification has been
19 completed, then they put you in what they would
20 consider an area that is safe and poses no
21 danger for you or to the people that are around
22 you.
23   Q. So that the lockdown wasn't because
24 of any infraction in prison or any conduct of
25 that nature?

**Page 27**

Williams                    27
1
2    A. That's correct.
3    Q. Since you were convicted basically
4  of a so called white collar crime, they wanted
5  to find out where you fit into the correctional
6  system, therefore transfer you to a prison that
7  would be appropriate for your rehabilitation, as
8  you put it?
9    A. Yes.
10   Q. That would explain the 6 month
11 shock camp didn't work out for you, because you
12 seem to have gone on to Dannemora after that?
13   A. That is correct.
14   Q. From Dannemora you went to
15 Franklin. Was there a reason for the transfer
16 between those two prisons?
17   A. Dannemora is a maximum security.
18 It's behind a wall.
19   Q. It seems inconsistent with the crime
20 that you commited that you would go to such a--
21   A. Actually it's not inconsistent.
22   Q. Could you explain?
23   A. You have to understand, these
24 prisons are right next to Canada.
25   They're so far up and to transport

**Page 28**

Williams                    28
1
2  prisoners from these facilities, not only do you
3  have to have layovers sometimes, but in my
4  situation, they took me to Dannemora, to either
5  wait -- mind you, the correctional system, they
6  don't tell us anything. And I'm not guessing at
7  this, because during my research I realized this
8  was a fact. This is what happened. Dannemora
9  was just layover period. I only stayed there
10 for a few weeks, until a bed came open either at
11 Franklin or Berry Hill. Franklin and Berry Hill
12 are facilities that are next door to each other.
13   Q. That puts it in perspective for me.
14   When I've looked at these documents, it
15 seemed you were in a lot of places for a crime
16 where you got sentenced to a 1 to 3.
17   A. Right.
18   Q. Let me just get back to the
19 medical, Mr. Williams.
20   There are a number of hospitals that were
21 listed in your medical records. I'd like to ask
22 you a little bit about each one. If you don't
23 remember, that's fine. If not, maybe you can
24 explain it. There was a hospital called Alice
25 Hyde Hospital.

**Page 29**

Williams                    29
1
2    A. Address?
3    Q. Alice Hyde Hospital, 115 Park
4  Street, Malone, New York 12953.
5    Does that refresh your recollection?
6    A. Do you know the time frame?
7    Q. I don't. Other than the fact that
8  there was some record of you being there for
9  some laboratory testing and I have a patient
10 number for you. But I thought perhaps that
11 would refresh your memory as to what you were in
12 the hospital for on that visit?
13   A. This is Malone, New York?
14   Q. Does it ring a bell?
15   A. No.
16   Q. How about Oneida Health Care
17 Center, Genesee Street, Oneida, New York?
18   That would be up near where the prison
19 was. Do you recall being hospitalized for any
20 reason or treating in the emergency room?
21   A. I recall blood in my urine.
22   Q. Do you recall being hospitalized
23 there or just going there for medical
24 consultation?
25   A. I just recall going there for

**Page 30**

Williams                    30
1
2  testing.
3    Q. You would obviously be transported
4  from prison to that place; is that correct?
5    A. Correct.
6    Q. How about Bassett Hospital of
7  Schohari County, in Cobble Skill, New York.
8  Does that ring a bell as ever having been
9  treated there?
10   A. No, I don't recall going to there.
11 Maybe that's another individual.
12   Q. The hospitals that I'm giving you
13 Mr. Williams are all hospitals that there are
14 medical records that we've requested, where it's
15 been indicated that you received some type of
16 treatment at. And it was at the time you were
17 in upstate New York incarcerated.
18   So, we don't have the records as yet.
19 I'm trying to save time and not having to have a
20 further deposition, so that we can find out what
21 the treatments were, if any, at these particular
22 institutions.
23   So, the first one Oneida, you've
24 explained.
25   Alice Hyde Hospital you don't have any



Williams 31

1 recollection.
2
3     Bassett Hospital, there was some
4 indication that you received some type of X-rays
5 and medical treatment there.
6     A. I don't recall.
7     Q. Do you have any records at home or
8 you gave to your attorney that would help you
9 refresh your memory?
10     A. No.
11     Q. How about Rome Hospital and Murphy
12 Memorial Hospital in Rome, New York; do you have
13 any recollection of ever being treated at that
14 hospital or hospitals?
15     A. I can only recall a substantial
16 amount of blood being in my urine. So that can
17 only be the reason.
18     Q. I'm going to ask you a little bit
19 later on in the deposition, there had been some
20 HIV testing while you were incarcerated during
21 that period of '93 to '95. Would that refresh
22 your memory as to one of these hospitals being
23 the facility where you received the HIV testing?
24     A. No. Any HIV testing that I
25 received were received at the correctional

Williams 32

1 facility.
2
3     Q. Finally, a hospital called Grand
4 Strand Regional Medical Center.
5     A. Located?
6     Q. Myrtle Beach, South Carolina.
7     A. That's when I got burned.
8     Q. Do you have a recollection of going
9 to the hospital at that time?
10     A. Yes.
11     Q. Was that while you were on the job?
12     A. Yes.
13     Q. Mr. Williams what is the extent of
14 your education, how far did you go in school?
15     A. As of when?
16     Q. As of the present.
17     A. I'm presently working on a
18 bachelor's in accounting.
19     Q. Where are you attending classes?
20     A. Mountain State University.
21     Q. That's in West Virginia?
22     A. Beckley, West Virginia.
23     Q. I assume you're a part-time
24 student, not full-time?
25     A. Full time.

Williams 33

1
2     Q. You matriculated into a semester;
3 is it a semester or a trimester program?
4     A. Actually, this semester I wasn't
5 able to get in because of some situation that
6 happened, but I'm already scheduled for the
7 spring semester.
8     Q. Are you telling me you're
9 registered at the school to enter classes in
10 whatever spring means, January, February?
11     A. Yes.
12     Q. Is this your first exposure to
13 college or have you been at Mountain State
14 before this?
15     A. Yes.
16     Q. When were you in attendance?
17     A. The fall 2005.
18     Q. How many credits did you take and
19 how many did you complete?
20     A. Four.
21     Q. So you were not fully matriculated,
22 you were part-time?
23     A. That would be four classes.
24     Q. I was talking about credits.
25     A. Four classes is considered

Williams 34

1
2 full-time.
3     Q. That would be from September to
4 December or September to January?
5     A. December.
6     Q. Would you be considered a freshman
7 student, in other words are you being considered
8 a first year student?
9     A. That was my second.
10     Q. You have completed one year of
11 college?
12     A. Yes.
13     Q. Where was that?
14     A. Fairmont State.
15     Q. What part of the country is that?
16     A. West Virginia.
17     Q. Mountain State has given you credit
18 for the first year of Fairmont State?
19     A. That's correct.
20     Q. You went to school full-time from
21 September to January of '05. And then from '05
22 to the present, you haven't started again, but
23 you will be starting in the spring?
24     A. Correct.
25     Q. I assume you have a high school

Williams 35

1
2 diploma from high school or equivalency?
3     A. I have an equivalency.
4     MR. SILVERSON: I don't know if
5 it's relevant, if not already provided,
6 we would just like some authorizations to
7 validate educational aspects. We'll put
8 the request in writing as per the rules,
9 but just for the record.
10     On any document request, we'll
11 follow-up with a formal demand.
12     While I'm on it, we've already sent
13 you a request.
14     MR. GELLER: Yes. We have those
15 and we will be getting those to you
16 shortly.
17     MR. SILVERSON: We have previously
18 requested in writing from counsel,
19 authorization for Mr. Williams from
20 Oneida Health Care Center, Alice Hyde
21 Hospital Association, Bassett Hospital of
22 Schohari County, Rome Hospital and Murphy
23 Memorial Hospital, St. Agnes Hospital,
24 Oneida Correctional Facility medical
25 records and Grand Strand Regional Medical

Williams 36

1
2 Center.
3     In addition we have asked for
4 records under Medicaid, any claims under
5 social security administration, Project
6 Return Foundation Incorporated, and the
7 New York State Department of Health
8 prescription plan, it's an RX plan
9 through the Department of Health.
10     MR. GELLER: We're in receipt of
11 the request.
12     Q. Mr. Williams, in reviewing some of
13 your records, it appears that you did attend
14 City College in New York City at one point?
15     A. Yes.
16     Q. In 1996?
17     A. Yes.
18     Q. So in addition to Fairmont State
19 you also attended City College. Was that
20 full-time or part-time?
21     A. Part-time.
22     Q. When I say City College I'm talking
23 about the City University of New York?
24     A. 135th and Amsterdam.
25     Q. That's the one?

**Page 37**

Williams 37

1 A. That's the one.
2
3 Q. Mr. Williams, I'm going to ask you
4 some information regarding your time either at
5 Franklin Correctional Facility or one of the
6 ones in the interim that you were transferred
7 from and to, during the period 1993 to 1995.
8 The first thing I want to talk to you
9 about is your HIV testing that you took at that
10 institution. Your records indicate that in
11 February of 1994, more specifically February 4,
12 that you took a HIV test called an ELISA test,
13 do you recall that?
14 A. I remember taking that test. I
15 don't recall the time.
16 Q. In fact, while you were
17 incarcerated there two tests were given at the
18 institution, do you recall that at least two for
19 HIV testing?
20 A. Yes.
21 Q. Do you recall the results of either
22 of those tests?
23 A. Yes.
24 Q. What were the results?
25 A. Negative.

**Page 38**

Williams 38

1
2 Q. Was there a reason that the HIV
3 test was given while you were in prison?
4 A. Specifically, to know the status of
5 my health.
6 Q. Had you requested the test or is
7 this part of the protocol for the hospital to
8 give such a test, if you know?
9 A. That I could not answer.
10 Q. You in fact did take the two tests
11 and both tests were negative?
12 A. That is correct.
13 Q. While in the correctional
14 institutions, they do a psychological profile or
15 examination of you while there?
16 A. Yes.
17 Q. In 1994, had you had any prior
18 psychiatric history or care in your background
19 at all?
20 A. Clarify.
21 Q. From birth to adulthood had you had
22 any experiences or problems emotionally or
23 mentally up and through 1994?
24 MR. GELLER: Objection. What's the
25 question?

**Page 39**

Williams 39

1
2 You asked about treatment then you
3 asked about problems.
4 Q. What I'd like to know, is find out
5 if there were things in your background, either
6 your childhood or teenage years that required
7 intervention with either a psychiatrist,
8 psychologist, mental health worker, social
9 worker; was there anything in that period of
10 time?
11 A. From the time that I was born up
12 until now?
13 Q. The basis for my question is this,
14 in your medical records there are references to
15 this. If you can explain, if you would like me
16 to be specific or you can give me a brief
17 narrative?
18 A. I would like for you to be specific
19 but, yes.
20 Q. Was there an incidence in your
21 childhood where you either were an abused child
22 or had some intervention with a psychologist for
23 incidence that occurred in your home with your
24 family?
25 A. Yes.

**Page 40**

Williams 40

1
2 Q. Can you tell me what that was and
3 what care or treatment you received, if any?
4 I apologize for going into your
5 background. It may or may not be painful to
6 you, but we need to know about this.
7 A. In 1972 I was sent to Albany Home
8 for Children. Let me clarify that. On or
9 around 1972, I was sent to Albany Home for
10 Children. During this period I was told that I
11 was mentally retarded.
12 Q. When you say sent, was this
13 something through your mother or father or was
14 this a court intervening decision to get you
15 there?
16 A. I have no idea.
17 Q. You ended up being away from home
18 and put into this home?
19 A. Yes.
20 After that, I don't recall being in any
21 other psychiatric institution.
22 Q. About how old were you?
23 A. I was 8 or 9 years old.
24 Q. How long were you there?
25 A. Approximately a year.

**Page 41**

Williams 41

1
2 Q. When released from there, did you
3 return to your family?
4 A. Yes.
5 Q. What did your family consist of at
6 that point?
7 A. What do you mean, what did it
8 consist of?
9 Q. Was it your mother, your father, or
10 mother and father or a relative or something
11 else?
12 A. Like who was in the household?
13 Q. Yes.
14 A. One brother, one sister, my mother,
15 stepfather and a dog named Butch.
16 Q. What kind of dog was it?
17 A. A boxer.
18 MR. GELLER: Off the record.
19 (Whereupon, a short recess was
20 taken.)
21 Q. You returned home from Albany Home
22 for Children and from that date forward, you
23 were in school?
24 A. Very briefly.
25 Q. I'd say from 8 years to 18, for the

**Page 42**

Williams 42

1
2 next ten years, in very brief summary, can you
3 tell me were you in any other institutions or
4 under the care of a psychiatrist, psychologist
5 or other medical?
6 A. Clarify those years?
7 Q. From age 8 to age 18.
8 A. From age 8 to 18 was I in any other
9 institution--
10 Q. Or treated by a psychiatrist,
11 psychologist or mental health professional?
12 A. Absolutely not.
13 Q. In terms of your schooling, did you
14 finish grammar school, meaning first to eighth
15 grade?
16 A. I didn't. I left school in fifth
17 grade.
18 Q. This is all in West Virginia?
19 A. No. At this point I was living in
20 Cornwall, New York, Cornwall off the Hudson.
21 Q. Leaving school in the fifth grade
22 how old were you in fifth grade?
23 A. I was nine going on ten.
24 Q. In terms of requirements of the
25 state to attend school, what did you do if you

**Page 43**

Williams    43
1 weren't going to school; were you just kept at
2 home and home taught or something else?
3    A. I left home.
4    Q. You ran away?
5    A. Yes.
6    Q. Where did you run to?
7    A. Here, to the city?
8    Q. At age 9 with whom did you live or
9 where did you live?
10    A. Wherever I could.
11    Q. Were you homeless at the time?
12    A. Very much so.
13    Q. Did you live in any shelters or any
14 other places?
15    A. Nine year olds can't get into
16 shelters.
17    Q. Nine year old, it's pretty hard to
18 take care of yourself at nine. How did you
19 survive?
20    A. You'd be surprised what a nine year
21 old has to do when he has to survive. I
22 survived the best I could.
23    Q. During that time period from 9 to
24 age 18, were you ever arrested as a juvenile?

**Page 44**

Williams    44
1    A. Between the ages of 9 and 18,
2 that's very broad.
3    Q. Your attorney would usually say
4 that.
5    What I'm trying to find out is, in those
6 years did you ever return home to Cornwall, New
7 York or did you remain in New York City?
8    A. Yes.
9    Q. You lived on your own or with
10 somebody else?
11    A. I lived on my own for quite a bit
12 of those years.
13    Q. I'm not going to take you through
14 the experience, but was it pretty much living on
15 the street; would that be a fair statement of
16 your lifestyle at that point?
17    A. If you call living in a domicile
18 that's a derelict building living on the street,
19 that's pretty much.
20    Q. During those years, was there any
21 involvement with either drugs or alcohol by
22 yourself?
23    A. Yes.
24    Q. Were you ever treated for either

**Page 45**

Williams    45
1 alcohol or drug abuse during that time period?
2    MR. GELLER: Can you clarify the
3 time period.
4    MR. SILVERSON: From the age of 9
5 years old to 18.
6    A. No. We need to back up a little
7 bit. When you say treated, you mean was there
8 any documentation of my being treated.
9    Q. What I meant by treatment, let me
10 explain, is that if you were involved -- let's
11 start with drugs. Were you using drugs between
12 the ages of 9 and 18?
13    A. Yes.
14    Q. What drugs were you using?
15    A. Heroin.
16    Q. Were you using intravenous drugs or
17 something else?
18    A. Yes.
19    Q. Did you ever try to kick the habit
20 by going methadone or something else?
21    A. Absolutely not.
22    Q. You were on heroin for how long?
23    A. About four years.
24    Q. Did there come a time when you

**Page 46**

Williams    46
1 stopped using heroin?
2    A. Yes.
3    Q. Why was that?
4    A. I stopped using heroin because I
5 got tired of the lifestyle.
6    Q. Did you have any help in stopping
7 the use of the drugs and this is what I meant by
8 treatment, did you go to a drug treatment center
9 or a program of some kind?
10    MR. GELLER: That's a compound
11 question. Could you break it up.
12    Q. Did you go to a program?
13    A. No.
14    Q. Did you go to a treatment center?
15    A. No.
16    Q. Was there some other institution or
17 facility that helped you either reduce or stop--
18    A. No institution, no facility, but an
19 organization.
20    Q. What was that organization?
21    A. The National of Islam.
22    Q. Are you a member of the Nation of
23 Islam?
24    A. No.

**Page 47**

Williams    47
1    Q. Were you a member at that time?
2    A. No.
3    Q. Did you come in contact with
4 members of the Nation of Islam that helped you
5 or gave you guidance in terms of your reduction
6 or non-use of heroin?
7    A. Repeatedly.
8    Q. Where was that, in New York City
9 here?
10    A. Here in the City.
11    Q. In terms of treatment was there any
12 medical treatment that you received or was this
13 just counseling and mentoring let's call it?
14    Do you understand what I mean?
15    A. Cold turkey.
16    Q. You were able to stop the use of
17 heroin?
18    A. Never used it again intravenously.
19    Q. In terms of your heroin use; did
20 you develop any medical conditions from the use
21 of heroin, either from the use of bad needles or
22 the drug itself?
23    A. None whatsoever.
24    Q. Did it have any effect on your

**Page 48**

Williams    48
1 general health, as best as you can recall,
2 during that time period?
3    A. None whatsoever.
4    Q. Other than heroin, did you take any
5 other drugs during that time period?
6    A. Marijuana.
7    You are talking about what time period?
8    Q. In your teen years, when you were
9 in New York City living on your own.
10    A. Maybe alcohol, beer.
11    Q. That was going to be the next area.
12 Did you ever have a problem with the use of
13 alcohol, meaning alcohol abuse, to the extent
14 where it became a threat to your health?
15    A. Yes.
16    Q. When was that?
17    A. When was what?
18    Q. The alcohol abuse that became a
19 threat to your health.
20    A. Prior to becoming incarcerated at
21 those various facilities that you wrote down
22 recently.
23    Q. I have an idea of what I mean by
24 alcohol abuse. Can you tell me how you abused

| | |
|---|---|
| **Page 49** | **Page 52** |

**Page 49**

```
              Williams              49
 1  alcohol; what alcohol you drank, the amount,
 2  quantity?
 3      A.  The amount I couldn't tell you.
 4  well, I couldn't possibly.  To give you an idea
 5  of the amount, that's sunup to sundown.
 6      Q.  You were intoxicated for a good
 7  part of the day to say the least?
 8      A.  I was intoxicated pretty much all
 9  the time.  Yes.
10      Q.  If you can give me a time frame of
11  when, what years this covered or maybe it was
12  less than a year you tell me, I don't know?
13      A.  I can't.
14      Q.  As a result of this, this was prior
15  to your heroin use or after your heroin use?
16      A.  After.
17      Q.  As a result of that, of the alcohol
18  abuse, did you develop any medical conditions
19  that you required medical treatment for?
20      A.  The alcohol consumption was the
21  factor that deteriorated my liver.
22      Q.  Was there any other effect on your
23  body, either from the heroin or the alcohol
24  abuse that you know of, that was told to you
```

**Page 50**

```
              Williams              50
 1  medically?
 2      A.  None.
 3      Q.  Other than the liver?
 4      A.  Correct.
 5      Q.  Let's say, from 18 years of age to
 6  again, I apologize for not having the exact
 7  times.  You were born in '63, from about 18 to
 8  let's say 30, you somehow got into the iron
 9  working business.  How did that occur, you
10  became a member of the local?
11      I've got you in New York to about 18
12  years of age.  There must come a time that you
13  must leave New York to go back to West Virginia
14  or somewhere elsewhere, where you became an iron
15  worker; is that correct?
16      A.  I became an iron worker in South
17  Carolina.
18      Q.  When did you get your card?
19      A.  I didn't have a card.  They had a
20  program which you can -- local 201 is out of the
21  Washington D.C.  They had a program where
22  minorities could receive the benefits without
23  becoming a member and get the same pay scale.
24      Q.  Was it a training program of some
```

**Page 51**

```
              Williams              51
 1  kind?
 2      A.  I was very much trained.  In fact
 3  they used me to train some of their people, but
 4  they refused to let me get the full benefits of
 5  being in local 201.
 6      Q.  Why is that?
 7      A.  Probably because I'm an
 8  African-American.
 9      Q.  Didn't you tell me that program was
10  to basically benefit minorities of getting into
11  iron working business, by getting the benefits
12  and work in the same pay scale without having to
13  go through the union process?
14      A.  If you're not going to have any
15  union, what are you doing.
16      Q.  You're part of this 201 local,
17  which is a national local of some kind?
18      A.  While I was working on certain
19  jobs, yes.
20      Q.  The pay for an iron worker is
21  pretty good?
22      A.  Yes.
23      Q.  It's one of the top construction
24  fields?
```

**Page 52**

```
              Williams              52
 1      A.  Yes.
 2      Q.  It's also high risk, in terms of
 3  injury and so forth.
 4          MR. GELLER:  Is that a question.
 5          MR. SILVERSON:  Just a comment.
 6      Q.  Let me get back to the Franklin
 7  Correctional Facility.  In June of 1994, there
 8  was some indication that you were suffering from
 9  depression and received some type of counseling
10  at or in the institution or near the
11  institution, while there.
12          MR. GELLER:  Object to the form.
13      It assumes fact not in evidence.
14      Q.  Does that refresh your recollection
15  of whether you had a psychiatric evaluation
16  while at Franklin Correctional or one of the
17  other correctional facilities?
18      A.  Every individual that goes into the
19  division of correction goes through a
20  psychiatric evaluation.
21      Q.  That consists of you speaking to
22  psychiatrists or psychologists about your
23  background and other information?
24      A.  It requires that we speak to
```

**Page 53**

```
              Williams              53
 1  someone in that profession.  Whether they're
 2  psychologists, psychiatrists or an analyst.  I
 3  don't know.
 4      Q.  You don't know their
 5  qualifications?
 6      A.  Exactly.  Nor do they show us their
 7  credentials.
 8      Q.  Do they tell you or give you
 9  information as a result of that questioning, in
10  that process?
11      A.  Absolutely not.
12      Q.  Do you know whether or not you were
13  categorized into a particular level of
14  psychiatric profile of some kind?
15      A.  Absolutely not.
16      Q.  Did you ever, while at those
17  institutions between 1993 and 1995, ever
18  indicate that you were suffering from
19  depression?
20      A.  I have to elaborate on that one.
21  Anyone who goes through the department of
22  corrections and don't show any signs of
23  depression, they're not normal.  Because when
24  you're away from society and your family, that
```

**Page 54**

```
              Williams              54
 1  is a depressive state.
 2      Q.  Other than that, being incarcerated
 3  and being taken out of society and being put in
 4  that environment, other than those factors, was
 5  there any other factors in either your prior
 6  life or that occurred in prison which caused you
 7  to suffer from depression?
 8      A.  Not that I can recall, no.
 9      Q.  Were you given any medication for
10  this depression that you had in prison?
11      A.  No.
12      Let me rephrase that.  I don't recall
13  taking any medication while incarcerated.
14      Q.  For depression?
15      Q.  For depression.
16      Q.  Do you recall either discussing
17  with a medical professional the idea of taking
18  your own life, commiting suicide?
19      A.  See that's a very tricky question.
20  You need to clarify that.
21      Q.  Mr. Williams, you are making claim
22  against St. Clare's Hospital for their alleged
23  negligence.  As part of your claim you're
24  claiming emotional injuries.  By my questioning
```

Page 55

```
 1              Williams              55
 2    now, I'm just trying to find out if you have any
 3    history of emotional injuries that either have
 4    been exacerbated by this case or existed prior
 5    to this case.
 6          There is an indication in your records
 7    that there have been discussions, either from
 8    the records or their interview of you, that
 9    indicated that you had contemplated taking your
10    own life or had actually attempted to do that on
11    occasion.
12          That's my question.  Do you have any
13    recollection of having that type of conversation
14    with a medical professional, during the years of
15    '93 to '95 while incarcerated?
16        A.  Can I elaborate?
17        Q.  Certainly.
18        A.  The dialogue, basically that
19    conversation with their mental staff there, they
20    ask every individual that comes through those
21    doors about commiting suicide, because they need
22    to know whether they need to keep them under
23    close supervision.  I have never been under
24    close supervision, in a straight jacket.  I have
25    never been an area of any institution where I
```

Page 56

```
 1              Williams              56
 2    would be considered a risk to myself or anyone
 3    else.
 4          So, if it's in the record that I said
 5    something to that effect, that I would take my
 6    life and they didn't put me under close
 7    observation, they're in grave error.  And I was
 8    never in a position where I was under close
 9    supervision, period.
10        Q.  You've answered part of my
11    question.  The other part was, did you tell any
12    of these doctors or medical professionals, that
13    in the past that you had contemplated, whether
14    it be recent past or way back in your past, to
15    commit suicide?
16        A.  I may have discussed it with them.
17    But I have never told anyone about taking my
18    life.
19        Q.  Did you ever relate an incident,
20    whether it be when you were very young or in
21    recent times while at Franklin, concerning
22    taking an overdose of pills; intentionally
23    taking an overdose of pills.
24          MR. GELLER:  I object to the form.
25    Could you read back the question.  I
```

Page 57

```
 1              Williams              57
 2    don't understand the time frame.
 3          MR. SILVERSON:  Maybe I can explain
 4    and let me rephrase it to save time.
 5        Q.  Again, the time I'm talking about
 6    is when you were in jail from '93 to '95,
 7    approximately.
 8          During your discourse with a medical
 9    doctor or medical professional about your
10    emotional background, did you at any time tell
11    anybody there that you had attempted to take
12    suicide by ingesting or taking an overdose of
13    pills; not that you were doing it in the prison,
14    but in the past?
15        A.  I can't recall.
16        Q.  Do you recall having any discussion
17    in January of 1994 while institutionalized,
18    regarding an infection that you developed which
19    they diagnosed as possibly tuberculosis?
20        A.  What?
21        Q.  Do you recall a test called a PPD
22    test, where they tested you for exposure to
23    tuberculosis?
24        A.  Every time you go into an
25    institution they give you that test.
```

Page 58

```
 1              Williams              58
 2        Q.  Do you recall having any
 3    conversation with any medical doctor about the
 4    results of that test?
 5        A.  I don't recall having a need to
 6    discuss it with a doctor, anything regarding a
 7    PPD test.
 8          Let me elaborate.  When they give you
 9    that skin test, if the centimeters is large, you
10    got an issue, a large one.  If you don't have no
11    redness there, what is there to discuss.  I've
12    never had that.
13        Q.  You do recall getting the test?
14        A.  Every time.
15        Q.  In close populations like that,
16    people can be carriers?
17        A.  Right.
18        Q.  Also, in terms of your lower
19    extremities, your legs.  In or about January of
20    1995, did you ever have a problem with either
21    your calves or parts of your legs that had
22    ulcerations, sores?
23        A.  I can't recall.
24        Q.  More specifically on your right
25    calf, where you had to have medical treatment
```

Page 59

```
 1              Williams              59
 2    for an ulcerated sore or sores that wouldn't
 3    heal?
 4        A.  No.
 5        Q.  I believe at that time you were
 6    still in jail, because the release date that we
 7    have is late 1995.
 8          So, I just have a medical record which
 9    indicates that you had made a complaint of
10    ulceration of your legs and some problems with
11    your legs.  If you don't recall, just indicate
12    that and I'll go on.
13        A.  I don't recall.
14          MR. GELLER:  Can we take a break.
15          (Whereupon, a short recess was
16    taken.)
17        Q.  It seems from my records, and you
18    don't have to rely on that Mr. Williams, it
19    seems that you were released in October of 1995,
20    that's the date I have; October 10?
21        A.  That's what I put down.
22        Q.  The date of transfers from all
23    these facilities are a little unclear from the
24    records.  For the purpose of this deposition,
25    would you agree that it would be sometime in
```

Page 60

```
 1              Williams              60
 2    October of '95 that you got out of the prison
 3    system from Franklin?
 4        A.  I would agree that it was in '95.
 5    But I would not confirm the month.
 6        Q.  When one gets out of prison in
 7    those days, did you have to go to a halfway
 8    house or a program before you were let into a
 9    free society?
10        A.  No.
11        Q.  You went directly, you were
12    released, you had served your sentence, there
13    was no probationary period after that; is that
14    correct?
15        A.  In the State of New York during
16    that time, you have parole, mandatory parole.
17    Then you have a minimal discharge date and a
18    maximum discharge date.
19          I did not make parole.  When I got out in
20    the year '95 that was mandatory parole.  And I
21    achieved that by not getting any infractions.
22    Therefore, when that date come, it doesn't
23    matter whether I have a place to stay.  It
24    doesn't matter whether I'm sick or dying, you're
25    gone.  So it really doesn't matter, you're out.
```

**Page 61**

Williams 61

1   Q. When you got out Mr. Williams, how
2   would you describe your general health in 1995?
3   A. Euphoric.
4   Q. I know that was your mental
5   attitude, but in the terms of physical health,
6   how would you describe your physical health?
7   A. Fit. I was fit.
8   Q. What did you do when you got out,
9   where did you go to live?
10   A. I went to -- I was in Washington
11   Heights. The address I don't know.
12   Q. Was it an apartment, did you move
13   in with someone, was it a program facility or an
14   outreach program for people who were released?
15   A. It wasn't Washington Heights. 178
16   Mount Eden Parkway, Bronx, New York 10457.
17   Q. Was that an apartment?
18   A. That was a home.
19   Q. Meaning a private house?
20   A. Yes.
21   Q. Whose private house was that?
22   A. It belonged to Gina Huddelston.
23   Q. Who was Gina Huddelston?
24   A. She was my mother's half sister.

**Page 62**

Williams 62

1   Q. Did you remain with her for a
2   period of time or did you move away?
3   A. Long enough to accumulate my own
4   funds, to get my own place.
5   Q. What kind of work did you do when
6   you first got out, during that first year?
7   A. I think I did some roofing work for
8   company out of Queens.
9   Q. Were you just a part-time employee
10   or something else?
11   A. I don't do construction part-time.
12   Its full-time.
13   Q. Were you on the books or off the
14   books?
15   A. It was both.
16   Q. Did you file tax returns?
17   A. No. I could have, but I don't
18   think that I did. I know I didn't do it, I
19   think I got fine for that, for not filing.
20   Q. Again, Mr. Williams correct me if
21   I'm wrong, your records seem to indicate that
22   when you left prison in '95, within a short
23   period of time thereafter you entered something
24   called Project Return drug program, located at

**Page 63**

Williams 63

1   814 Amsterdam Avenue?
2   A. That was after.
3   Q. So, you left Mount Eden Parkway and
4   you went where?
5   A. I got a room on 158th Street.
6   Q. Single room occupancy, SRO?
7   A. Beg your pardon?
8   Q. Single room occupancy or did you
9   rent an apartment or a room in an apartment?
10   A. It was a room inside of an
11   apartment.
12   Q. You continued to work at various
13   jobs or at a particular job?
14   A. As I said, I did some work with a
15   roofing company. Then I got involved in some --
16   I used to sell stuff down on Green Street down
17   near Canal. I would buy merchandise and go down
18   there and sell it on weekends. That's how I
19   supported myself. During that time I caught a
20   violation of my parole from the '93 to '95
21   conviction, which in turn resulted in my being
22   at Project Return.
23   Q. What was the violation of your
24   parole; what caused you to be there, not

**Page 64**

Williams 64

1   reporting something or something else?
2   A. I couldn't answer that honestly. I
3   don't remember.
4   Q. It did require you to go into
5   Project Return as a result of the violation?
6   A. Yes. It wasn't serious enough for
7   me to go back to prison.
8   Q. Project Return, from our
9   information is a drug program?
10   A. Yes.
11   Q. Were you involved with drugs in
12   1995, that required you to go into a drug
13   program?
14   A. I think it was drugs or alcohol.
15   I'm not going to confirm either, because I don't
16   remember.
17   Q. Was it heroin again or something
18   else?
19   A. No. It was either drugs or
20   cocaine. I'm sorry, I mean alcohol or cocaine.
21   Q. As a result of going into the drug
22   program, that was a confined program where you
23   had to live there and you were released, you had
24   to stay there at night or it was a lockdown

**Page 65**

Williams 65

1   facility or something else?
2   A. No, it's not a lockdown facility.
3   It's actually pretty much voluntary, because you
4   can come and go as you pleased. It was a six
5   month program designed to help people
6   reintegrate themselves back into society.
7   The reason why they put emphasis on it
8   being a drug program, because most of the
9   individuals that come through there did have a
10   drug problem, but not all.
11   Q. While at Project Return, did any
12   medical conditions develop that required medical
13   intervention or for you to go see a doctor?
14   A. Spellman Clinic.
15   Q. When you say Spellman Clinic, are
16   you saying that a doctor referred you to
17   Spellman Clinic?
18   A. No. I'm saying that Spellman
19   Clinic had me under their treatment.
20   Q. How did you get from Project Return
21   to the Spellman Clinic; did you walk in off the
22   street to the Spellman Clinic or did somebody at
23   Project Return refer you or did a doctor refer
24   you or something else?

**Page 66**

Williams 66

1   A. While at Project Return, there were
2   several individuals at Project Return who
3   brought patients at Spellman Clinic a/k/a St.
4   Clare's Hospital. These people were, I suppose,
5   busy this particular day and I had to take Jose,
6   to escort him to St. Clare's. His last name I
7   don't remember.
8   While there, I was asked to take some
9   test. Jose said, go ahead man take it, do a
10   physical or something to that effect. I had my
11   public assistance card with me, because as soon
12   as you go under Project Return, you are not
13   allowed to work. You immediately go on public
14   assistance medical, whatever they call,
15   Medicaid. I had my credentials on me. So I
16   gave them the credentials. They did the
17   paperwork. Next thing you know they extracted
18   blood.
19   Q. Let me just back up a little bit.
20   While at Project Return, somebody there asked
21   you to accompany Jose to Spellman Clinic?
22   A. Somebody, the staff, when you are
23   classified, certain people under certain
24   classifications have to be escorted and I was

Case 1:05-cv-06909-HB    Document 28-2    Filed 02/28/2007    Page 13 of 21

## Page 67

Williams 67

1 elected to escort him to 415 West 51st Street,
2 St. Clare's Hospital and Health Center.
3     Q. If you know, what was Jose's
4 condition or medical problem which required him
5 to be escorted by you to the Spellman Clinic?
6     A. I did not have privilege to that
7 information.
8     MR. GELLER: I'm just going to
9 object to the form. Was the question
10 what was his condition that caused him to
11 be escorted?
12     MR. SILVERSON: If he knew,
13 apparently there was some patients that
14 could go voluntarily and others who
15 needed escort.
16     MR. GELLER: I just want to make
17 sure I understood the question.
18     A. I just told you that.
19     Q. Did he need physical assistance,
20 was he in a wheelchair, was he on crutches?
21     A. No. It was due to his
22 classification.
23     Q. Do you know what that
24 classification was?

## Page 68

Williams 68

1     A. Yes. He has to be escorted where
2 he goes for a certain period of time.
3     Q. Do you know whether or not Jose,
4 was treating at Spellman for an AIDS related
5 disease, if you know?
6     A. Now let's back up, when you say did
7 I know, did I know at what point in time?
8     Q. At the time you took him.
9     A. No.
10     Q. Tell me, when you took him to the
11 hospital where in the hospital did you take
12 Jose?
13     A. To the third floor.
14     Q. What's on the third floor, if you
15 know?
16     A. When you go to the third floor--
17     Q. It's not the emergency room, is it?
18     A. No.
19     Q. It's another part of the hospital.
20 Do you know what department it is?
21     A. It's the area where they see people
22 with HIV AIDS related diseases.
23     Q. While you were there with Jose,
24 were you required to stay with him when he met

## Page 69

Williams 69

1 with the medical professional, whoever he was
2 going to see?
3     A. I was required to be with him
4 everywhere except when he was in consultation.
5     Q. Do you recall whether Jose had a
6 consultation that day?
7     A. That was the reason why I escorted
8 him.
9     Q. Did you remain in the hospital
10 while he had that consultation?
11     A. After we arrived there, he had to
12 wait until the physician was available to see
13 him. During this time he urged me to do some
14 paperwork and take a test.
15     Q. This is on the third floor of St.
16 Clare's which treats HIV patients. Mr.
17 Williams, why would you want to take a test at
18 that part of the hospital dealing with HIV
19 patients?
20     A. First of all, let's get something
21 understood here. I didn't know this was an HIV
22 clinic, that was number one.
23     Number two, I just thought it was a
24 medical facility that does physicals and stuff

## Page 70

Williams 70

1 of that nature.
2     Q. Were you suffering from any
3 symptoms at that time, on that particular day
4 that you took Jose?
5     A. Absolutely not.
6     Q. So what would be the reason for you
7 wanting to take tests at a hospital without
8 symptoms, without feeling sick, what would
9 possess you to do that?
10     A. What possessed me to do that, just
11 get a status of my health.
12     Q. When you went to the drug program,
13 didn't they do a physical examination prior?
14     A. Absolutely not.
15     Q. Weren't your medical records
16 available to the personnel at Project Return to
17 determine what the status of your health was?
18     A. Repeat that.
19     Q. Let me ask another question.
20     Did you wait for Jose that day after his
21 consultation and then take these tests that you
22 talked about, or was it before you went in for
23 his consultation?
24     A. It was during his consultation.

## Page 71

Williams 71

1     Q. Did you have to fill out some
2 forms?
3     A. Absolutely.
4     Q. When you filled out those forms,
5 did you realize then that it was an HIV section
6 of the hospital, that was testing for HIV?
7     A. I did not find out that that was an
8 HIV clinic until approximately two weeks later.
9     Q. So even though you took Jose to the
10 third floor, which you told me was an HIV
11 section of the hospital and he was going for a
12 consultation, you had no idea that either he was
13 being treated for HIV or patients there were
14 being treated for HIV?
15     A. I didn't even know he was HIV
16 positive.
17     Q. I didn't say whether he was
18 positive or negative. Did you at some time find
19 out that was HIV positive?
20     A. Everyone of them was being treated.
21 I shouldn't say everyone, because I wasn't.
22     MR. GELLER: Could the court
23 reporter read back the question that you
24 just asked.

## Page 72

Williams 72

1     (Whereupon, the prior question was
2 read back by the reporter.)
3     MR. GELLER: Do you understand the
4 question?
5     MR. SILVERSON: The question was,
6 did he find out that Jose was HIV
7 positive.
8     MR. GELLER: What's the time period
9 for the question?
10     MR. SILVERSON: That day he went
11 there with Jose, that's the only time
12 period.
13     A. No, I did not.
14     Q. When you filled out the forms, did
15 you indicate any symptoms that you were
16 suffering at that time to be tested at St.
17 Clare's Hospital on that particular day?
18     A. Mr. Silverson, I don't recall
19 filling out the forms myself. I do recall
20 having someone ask me questions while filling
21 out the forms. Neither they or anyone else
22 indicated to me the status or the practice of
23 this particular area of the hospital.
24     Q. Mr. Williams, prior to the time



**Page 73**

```
 1                    Williams              73
 2      that you went to St. Clare's on that particular
 3      day, did you have knowledge of what HIV and AIDS
 4      was, in terms of a disease?
 5          A.  Like any other person of ignorance,
 6      I just thought it was a disease that homosexuals
 7      and intravenous drug users get and people who
 8      are careless and promiscuous.
 9          Q.  You knew that because you had been
10      tested in the prison, you had taken an HIV test?
11          A.  I knew that because of the -- I
12      knew that information because of general
13      information.
14          Q.  You also knew when you got out of
15      prison and while in prison that having been
16      tested for HIV you were found to be negative for
17      HIV?
18          A.  Correct.
19          Q.  So my question to you now is, when
20      you went to St. Clare's on that day with Jose,
21      what was the purpose of you, number one, filling
22      out forms to be examined and be tested at St.
23      Clare's, what was your purpose and intent?
24              MR. GELLER:  Objection to the form.
25          That was asked and answered.
```

**Page 74**

```
 1                    Williams              74
 2          Q.  Was there anything that happened
 3      from the time you got out of prison until that
 4      day that you went to St. Clare's by way of
 5      having unprotected sex, intravenous drug use or
 6      any homosexual activity, that would lead you to
 7      believe that you might have contracted the
 8      disease?
 9          A.  When I was at St. Clare's I didn't
10      undergo those tests, because I thought it was
11      basically a physical.
12          I was in the streets, I was drinking,
13      possibly even doing some drugs.  And mind you I
14      was already told prior to leaving prison that I
15      should eat healthy and drink if I wanted my
16      liver to refurbish it's own self.  Having not
17      abided by that particular suggestion by a
18      medical physician, I just wanted to see if I can
19      possibly get information on whether I did any
20      further damage to myself in that regard.
21          Q.  So are you saying that from the
22      time you were released from prison, that you
23      used intravenous drugs?
24              MR. GELLER:  Objection.  That
25          mischaracterizes his testimony.
```

**Page 75**

```
 1                    Williams              75
 2          Q.  There was something that made you
 3      want to be further tested; correct?
 4          A.  No.  There was something that made
 5      me want to just get checked out.  Not tested.
 6          Q.  By the way, how long had you been
 7      at Project Return before you escorted Jose to
 8      St. Clare's?
 9          A.  I don't recall.
10          Q.  Would it be more than a month?
11          A.  I can't recall.
12          Q.  Would it be fair to say that you
13      resided at Project Return from about February of
14      1996 through January of 1997; would that be fair
15      to say?
16          A.  That's not a fair assumption,
17      because I just said I can't recall.
18          Q.  If I were to tell you that the
19      records reflect that you were in Project Return
20      from February of '96 to January of '97, would
21      that refresh your memory as to whether you were
22      there during that time period?
23          A.  It would not.
24          Q.  Would it be fair to say that before
25      you were given the duties of an escort, to
```

**Page 76**

```
 1                    Williams              76
 2      escort people to and from the hospital, that you
 3      would have had to have been in Project Return
 4      for a certain period of time?
 5          A.  Yes.
 6          Q.  During that certain period of time,
 7      whatever it was, whether it was a week, a month,
 8      two months, whatever that time period was, did
 9      you have any concerns about your health?
10          A.  No.
11          Q.  So that on the particular day that
12      you took Jose to the hospital, was that the
13      first time that you had any concerns about
14      testing yourself, to determine the status of
15      your health?
16          A.  I wouldn't call it a concern.  I
17      would call it being compulsive.  Because I was
18      in a medical institution.  They do test.  I was
19      free, Jose was occupied.  I couldn't leave until
20      he was ready.  So why not take a test, take a
21      checkup.
22          Q.  Had you ever escorted Jose before
23      this?
24          A.  No.
25          Q.  Did you know Jose from living in
```

**Page 77**

```
 1                    Williams              77
 2      Project Return?
 3          A.  I've seen him.  I didn't associate
 4      with him.
 5          Q.  On that particular day, did Jose
 6      discuss anything with you regarding his
 7      condition or anything else regarding his health?
 8          A.  Absolutely not.
 9          Q.  Did you have any general
10      discussions about factors, to the extent that
11      people that are diagnosed with HIV, being found
12      HIV positive, get certain housing benefits and
13      financial subsidies once found to be HIV
14      positive?
15              MR. GELLER:  Object to the form.
16          Is that a question?
17              MR. SILVERSON:  Yes.
18              MR. GELLER:  Could you repeat the
19          question.
20          Q.  Did you have any knowledge of the
21      fact that people who are found to be HIV
22      positive are entitled to certain financial
23      benefits, such as housing subsidies and the
24      benefits of prescription medications to treat
25      the virus, were you aware of that?
```

**Page 78**

```
 1                    Williams              78
 2          A.  Aware when?
 3          Q.  At the time you went to St. Clare's
 4      Hospital with Jose.
 5          A.  The initial time?
 6          Q.  Yes, sir.
 7          A.  Absolutely not.
 8          Q.  Did there come a time that you did
 9      learn about that, the benefits that one
10      receives?
11          A.  Yes.
12          Q.  When was that?
13          A.  After St. Clare's diagnosed me as
14      being HIV positive.
15          Q.  What information did you learn
16      after being diagnosed HIV positive regarding
17      housing?
18          Let's start with housing allowance as a
19      subsidy.
20          A.  What did I learn?
21          Q.  Yes.
22          A.  That I can get assistance.
23          Q.  What type of assistance would that
24      be?
25          A.  Just assistance with housing.
```

**Page 79**

Williams   79

1
2   Q. How about food?
3   A. I didn't need food. I had food at
4 Project Return.
5   Q. If you were found to be HIV
6 positive, didn't you learn that if you found a
7 residence to live, that you would get some
8 benefit from the State or the Federal government
9 in regard to defraying the cost of paying for
10 that housing?
11   A. You get food and public assistance
12 without being sick, from Welfare.
13   Q. In addition to the public
14 assistance that you were getting, did you learn
15 that people who are diagnosed with HIV and found
16 to be positive, in addition to their public
17 assistance, got additional monies for having
18 been found to be HIV positive?
19   A. People don't get additional money.
20 You may get some assistance with housing, but
21 you do not get any increase other than what you
22 would get when you're normally homeless on the
23 street. You get nothing additional to that.
24 And if you did, I was never informed of it.
25   Q. What tests did you take on the day

**Page 80**

Williams   80

1
2 you went with Jose to St. Clare's?
3   A. What tests did I take?
4   Q. Yes.
5   A. All I can tell you is that they
6 extracted blood.
7   Q. Where within the hospital did you
8 go for that?
9   A. Where in the hospital did I go for
10 that?
11   Q. Yes.
12   A. I went right there on the third
13 floor.
14   Q. The forms that you filled out--
15   MR. GELLER: Just to have a clear
16 record, this is the same certified copy
17 that was sent over to us maybe a week or
18 so ago? What's the date on the front?
19 For the record, the first page is
20 the same.
21   MR. SILVERSON: This is a copy of
22 the record. We got an original
23 signature, I guess you got one as well.
24   MR. GELLER: Yes. From that date,
25 November 9.

**Page 81**

Williams   81

1
2   MR. SILVERSON: I may want to make
3 a reference to the record.
4   MR. GELLER: Off the record.
5   (Whereupon, a discussion was held
6 off the record.)
7   MR. SILVERSON: Let's mark these
8 records as Defendant's Exhibit A subject
9 to the originals.
10   (Whereupon, the above referred to
11 document was marked, "Defendant's Exhibit
12 A for identification," as of this date,
13 by the reporter.)
14   Q. Mr. Williams, let me show you what
15 has been marked as Defendant's Exhibit A for
16 identification. It's entitled a consent form
17 from St. Clare's Hospital dated November 11,
18 1996.
19 I just ask if that's your signature on
20 the page?
21   A. Yes, it's my signature.
22   Q. Would that indicate, Mr. Williams,
23 that you were present at St. Clare's Hospital on
24 November 11, 1996?
25   MR. GELLER: I'm just going to

**Page 82**

Williams   82

1
2 state for the record that the date here
3 next to the signature is the 10th of
4 November 1996.
5   MR. SILVERSON: In that
6 regard--
7   Q. The date you took Jose to St.
8 Clare's Hospital, and the date which you say you
9 scheduled some tests for yourself, do you recall
10 what that date was?
11   A. No, I do not.
12   Q. By looking at what's been marked as
13 Defendant's A for identification on which you've
14 identified your signature thereon, would either
15 November 10 or November 11 refresh your memory
16 as to what date you went to St. Clare's Hospital
17 with Jose?
18   A. No. It doesn't actually refresh my
19 memory. This is the document that I signed on
20 the initial visit. I would have to conclude
21 that it's correct.
22   Q. There are two dates on this form,
23 one says November 11 and one says November 10.
24 The date that you took Jose to St. Clare's, was
25 that the same date that you took the test or was

**Page 83**

Williams   83

1
2 that the date that you just filled out the
3 forms?
4   A. That's the date I filled out the
5 forms and took a test.
6   Q. What test did you take on the date
7 that you filled out the forms?
8   A. I don't know.
9   Q. There are many tests in a hospital.
10 Did you take a urine test?
11   A. No.
12   Q. Did they do what's called an EKG?
13   A. No.
14   Q. Do you know what an EKG is?
15   A. Yes.
16   Q. Did you have a physical exam by a
17 medical doctor or a nurse?
18   A. That's what I thought I was going
19 to have, but no.
20   Q. Did someone check your extremities,
21 meaning arms, legs, ears, nose, throat, head,
22 that kind of thing?
23   A. That's what I thought I was going
24 to have.
25   Q. What test did you have?

**Page 84**

Williams   84

1
2   A. All they did was extract blood.
3   Q. At the time that happened, did you
4 ask anybody what other tests you would need to
5 take or anything about the blood test that was
6 being given to you at that time?
7   A. Only thing that I asked was, what
8 happened to the checkup that I thought I was
9 going to have.
10   Q. What did they tell you?
11   A. They just said you'll be scheduling
12 another appointment.
13   Q. This first blood test, did you ask
14 them whether you would get results that very
15 same day or did they tell you to come back at
16 another day?
17   A. I can't recall.
18   Q. Did you come back another day after
19 that first test?
20   A. Yes.
21   Q. Did you ever get the results of
22 that first test?
23   A. Yes.
24   Q. What were the results of that test?
25   A. Non-reactive.

Page 85

```
1                Williams           85
2          Q.  What did you understand the words,
3   non-reactive, to mean?
4          A.  I had no idea what they were
5   talking about.
6          Q.  Did you ask somebody?
7          You've been in hospitals and treated with
8   doctors before.  Did you think to ask anybody
9   what the words, non-reactive, meant in terms of
10  your blood test?
11         A.  No.
12         Q.  Did it seem to be a good thing or a
13  bad thing to you at the time?
14         A.  I had no idea.  I mean, it really
15  didn't register.
16         Q.  Did you know at the time that the
17  blood that was taken from you, whatever date
18  that was, was going to be tested for HIV virus?
19         A.  No.
20         Q.  You did not know that?
21         A.  No.
22         Q.  Did you have any idea what the
23  blood test was being taken for and what results
24  the doctors were looking for within the blood?
25         A.  No.
```

Page 86

```
1                Williams           86
2          MR. GELLER:  Object to the form.
3   If you could break it up.
4          MR. SILVERSON:  I'll just ask
5   another question.
6          Q.  Who told you the test was
7   non-reactive?
8          A.  The physician who gave me the
9   results.
10         Q.  Other than saying those words to
11  you, was there any other explanation given?
12         A.  I don't understand what you mean.
13         Q.  Did the doctor say, you're
14  non-reactive and we'd like you to take another
15  test, or you don't need to worry, your blood is
16  fine or something else?
17         A.  It was more or less, like, your
18  blood is non-reactive, we're going to take
19  another test.  Because I recall them saying
20  something wasn't conclusive to what they were
21  looking for.  And that's why they wanted to run
22  more tests.
23         Q.  Did they tell you what it was they
24  were looking for?
25         A.  No.
```

Page 87

```
1                Williams           87
2          Q.  Do you recall the name of this
3   person?
4          A.  No.
5          Q.  Do you know whether this person was
6   a doctor, nurse or technician?
7          A.  No.  A technician would be someone
8   like a phlebotomist; correct?
9          Who is the technician?
10         Q.  Well, meaning a medical technician
11  of some kind, meaning a phlebotomist or an aide,
12  a nursing aide, somebody that would draw blood?
13         A.  It was someone who had a medical
14  degree.
15         Q.  When they said they were looking
16  for something, did you make any inquiry as to
17  what it was that they were looking for?
18         A.  No.
19         Q.  Did they tell you what other
20  testing they wanted to do, because you had
21  indicated they said they wanted to do further
22  tests.
23         A.  No.  At this particular point, I'm
24  quite sure I just wanted to hurry up and get out
25  of there.  On this particular day I was
```

Page 88

```
1                Williams           88
2   escorting someone.
3          Q.  What you just said, you took the
4   blood test on the day you brought Jose there;
5   right?
6          A.  Right.
7          Q.  Then you went back to get the
8   results on another day?
9          A.  Yes.
10         Q.  Were you escorting Jose again on
11  that particular day?
12         A.  Yes.
13         Q.  When you say, you wanted to get out
14  of there, meaning you wanted to get back to
15  wherever you were taking Jose?
16         A.  Yes.
17         Q.  So he had gone with you the second
18  time?
19         A.  Actually, I didn't even tell
20  Project Return that I had an appointment.  As
21  far as I was concerned, it was just a checkup,
22  you know.  Whether I got the results or not, it
23  really wasn't -- I felt good.  So it really
24  didn't matter.
25         Q.  You felt good?
```

Page 89

```
1                Williams           89
2          A.  I felt excellent, yes.
3          Q.  Do you recall at Project Return
4   that there was a nursing staff there?
5          A.  Yes.
6          Q.  Do you recall that during the time
7   you were there and prior to going for this test
8   that you had been either examined or had a
9   consultation with the nursing staff?
10         MR. GELLER:  Object to the form.
11         Q.  Prior to escorting Jose and then
12  subsequently for your blood test, had you made
13  any medical complaints to the nurse at Project
14  Return?
15         A.  Regarding?
16         Q.  I'll tell you in a second.
17         While at Project Return, did you
18  regularly go for medical checkups, was that part
19  of the requirement while you were there?
20         A.  I don't understand your question.
21         Q.  It's a drug program, so for
22  example, do they periodically test your urine to
23  see if you are using drugs?
24         A.  Yes.
25         Q.  If you're sick, if you are not
```

Page 90

```
1                Williams           90
2   feeling well, if you have a cold or if you have
3   complaints of headaches or other ailments, do
4   you have the availability of going to the nurse
5   or the medical person at Project Return to get
6   treatment or to get help?
7          A.  Yes.
8          Q.  Do you recall at or about the time
9   that you went to St. Clare's with Jose that you
10  had made any such complaints about your health,
11  meaning that you were sick and not feeling well?
12         A.  I got a cold or something.  I don't
13  understand the question.
14         Q.  You said your health was
15  excellent?
16         A.  Yes.  My health was excellent.
17         Q.  You went to St. Clare's with Jose
18  and you decided to get a further check up on
19  your health?
20         A.  Yes.
21         Q.  What I'm saying is, prior to that,
22  had you had any complaints that you made to the
23  Project Return Foundation nurse about your
24  health condition?
25         A.  I don't recall.
```



**Page 91**

Williams    91

1     Q. Do you ever recall speaking to a
2  Dr. Akum?
3     A. No.
4     Q. Were you on any medications while
5  at Project Return for any health condition that
6  you had?
7     A. I don't recall.
8     Q. Did you ever have a neurological
9  consult while at Project Return for any
10  complaints of pain in any of your extremities?
11     A. Neurological, meaning something
12  regarding my nervous system?
13     Q. Yes.
14     A. Not that I recall.
15     Q. Do you recall being prescribed
16  Naprosyn or Motrin as a drug for pain while
17  there?
18     A. I recall getting Naprosyn from
19  Spellman Clinic.
20     Q. But not from Project Return?
21     A. No.
22     Q. Did you receive any medications to
23  your knowledge from Project Return while there
24  and while you were attending St. Clare's

**Page 92**

Williams    92

1  Hospital, for these tests that you recall?
2     A. From my recollection, Project
3  Return cannot prescribe medication.
4     Q. Did you have any type of major
5  depression or psychotic episodes while at
6  Project Return?
7     A. After St. Clare's gave me those
8  diagnosis, yes.
9     Q. Meaning the diagnosis of HIV
10  positive?
11     A. Yes.
12     Q. Then you had a psychotic episode?
13     A. I wouldn't say I was psychotic. I
14  would say depressive.
15     Q. Can you describe for me what
16  reaction you had after learning that you had the
17  HIV virus?
18     A. I was completely overwhelmed. All
19  I thought of was my day of death is sure to come
20  soon.
21     Q. Did you request help from a
22  psychologist or psychiatrist to deal with this
23  issue at that time?
24     A. I'm not sure if I did or not, but I

**Page 93**

Williams    93

1  think I did speak to one and I'm not sure whom.
2     Q. After the first visit and after
3  that first test when the doctor said they wanted
4  to retest you, did you go back for another blood
5  test to St. Clare's?
6     A. Repeat that?
7     Q. The day you went with Jose, you had
8  a blood test, the first time?
9     A. Yes.
10     Q. You came back a second time and you
11  met with a medical doctor who told you that they
12  wanted to do further tests. Did you, in fact,
13  go back to St. Clare's and have further blood
14  tests?
15     A. I was already at St. Clare's when
16  they did the test.
17     Q. There was a second test done on or
18  about, I guess, the 19th of November according
19  to the records. Does that refresh your
20  recollection as to the date the second test was
21  done?
22     A. Whenever I went to St. Clare's it
23  usually was to get results of the previous test.
24  And they take more tests.

**Page 94**

Williams    94

1     Q. The first test that you got there,
2  did you ever state to anyone at the hospital
3  that that test and that blood was not your
4  blood?
5     A. No.
6     Q. Did there ever come a time that you
7  went for a test at St. Clare's for a blood test
8  and that you had to wait too long and you got
9  impatient and left and didn't take the test?
10     A. I can't recall ever leaving or
11  being impatient.
12     Q. Did there come a time that a blood
13  test was scheduled at St. Clare's, you showed up
14  at St. Clare's, and at some point you left
15  before taking the test?
16     A. Usually when it's time to take
17  blood, the phlebotomist is always available.
18  We used to call them dracula.
19     Q. Let's go to the second test. The
20  first test, there was something there but they
21  weren't sure. And the second test shows that
22  your --
23         MR. GELLER: Objection to form.
24     That's mischaracterizing the testimony.

**Page 95**

Williams    95

1         MR. SILVERSON: Whatever the
2  testimony is, it is.
3     Q. The second test apparently showed
4  that you were HIV positive; is that correct?
5     A. The first test was what?
6     Q. You told me about the first test.
7  I have no idea what the first did. You told me
8  the test--
9     A. Repeat the question, please.
10     Q. Let me start again. There was a
11  series of blood tests that you took at St.
12  Clare's, which is the subject of this lawsuit.
13  There was a first test that you took when you
14  went with Jose. Then you got some results, and
15  that there was no finding of HIV on those tests.
16  Then there was a second test scheduled
17  for you. I don't know whether you recall the
18  dates or not, but for the purposes of this
19  deposition assume that it was a week or so
20  later.
21  Do you remember going for a second blood
22  test?
23     A. I remember going in.
24     Q. This was the test that would have

**Page 96**

Williams    96

1  showed up positive.
2     A. Your question is, did I go back for
3  a blood test?
4     Q. Let me try again.
5  There is a series of blood tests that you
6  took at St. Clare's in the months of November
7  and December of 1996. Do you recall doing that?
8     A. Yes.
9     Q. There was also one in 1997 that you
10  took as well at St. Clare's?
11     A. Yes.
12     Q. The first test that you took, the
13  first day that you got there, we're trying to
14  find out that date, it's somewhere around 11 or
15  12th of November.
16         MR. GELLER: Objection to form. I
17  think the record says the 10th or 11th.
18         MR. SILVERSON: Yes, the 10th or
19  11th.
20     Q. Either of those dates, that was the
21  first time that you took blood at St. Clare's
22  and that was the one where you told me that the
23  doctors were equivocal, they couldn't make any
24  findings as to whether or not there was any HIV



Page 97

```
 1              Williams          97
 2  virus?
 3      A.  I took a test on that day.  No
 4  results was given to me that day.
 5      Q.  You came back and got the results?
 6      A.  Right.
 7      Q.  What were the results?
 8      A.  As I said, something to the effect
 9  that non-reactive and they want further testing
10  done.
11      Q.  Now I'm going to the next test,
12  after the non-reactive finding.
13      The next test, would it be fair to say it
14  was about a week later?
15      A.  It was when I went back the second
16  time.
17      Q.  Yes.
18      A.  They extracted more blood.
19      Q.  Did you get a result of that second
20  test?
21      A.  Yes.
22      Q.  That result was an HIV positive
23  finding?
24      A.  Yes.
25      Q.  Did there come a time that you took
```

Page 98

```
 1              Williams          98
 2  a third test?
 3      A.  Yes.
 4      Q.  Do you recall how soon after that
 5  second test the third test came?
 6      A.  Do I recall?
 7      Q.  Yes.
 8      A.  How soon?
 9      Q.  Well, if I were to tell you that it
10  was approximately a month later, would that be a
11  fair statement?
12      A.  I couldn't say.
13      Q.  Would it refresh your memory if I
14  told you that the records reflect that you had a
15  blood test on the 17th of December 1996, which
16  was approximately almost 30 days after the
17  second test?
18      A.  Yes.
19      Q.  And that third test came back and
20  showed HIV positive?
21      A.  Yes.
22      Q.  Then there was a fourth test in
23  January of 1997, approximately a couple of weeks
24  after that also?
25      A.  Yes.
```

Page 99

```
 1              Williams          99
 2      Q.  Having had those tests and having
 3  found out that you were HIV positive, were you
 4  prescribed some medication and treatment?
 5      A.  Yes.
 6      Q.  First of all, do you recall any
 7  doctor that you dealt with after finding out
 8  that you were HIV positive, do you know the name
 9  of the doctor?
10      A.  No.
11      Q.  Who is Dr. Lazarus?
12      A.  Dr. Lazarus is the doctor who was
13  named on most of my medical documents from St.
14  Clare's.
15      Q.  When did you first meet Dr.
16  Lazarus?
17      A.  I can't recall.
18      Q.  Was it at any time within the time
19  frame of those blood tests that you had, that
20  showed that you were HIV positive?
21      A.  I beg your pardon?
22      MR. SILVERSON:  Can you repeat the
23  question.
24      (Whereupon, the prior question was
25  read back by the reporter.)
```

Page 100

```
 1              Williams          100
 2      A.  I can't recall that either.
 3      Q.  Does the name, Miss Roehrig, a
 4  physician's assistant, ring a bell as to
 5  refreshing your memory?
 6      A.  Yes.
 7      Q.  Was she the person that you dealt
 8  with during the time period that the blood tests
 9  were being given?
10      A.  Not exclusively, no.
11      Q.  What contact did you have with Miss
12  Roehrig during the months of November and
13  December of 1996 and January of 1997?
14      A.  She is the physician who told me
15  the results of the blood work.  And she is the
16  physician who had my -- well, this is what I
17  remember her saying.  She said that she had to
18  confirm with someone in order to see if they
19  were going to start treatment.  I remember her
20  leaving the examination room, coming back and
21  saying that treatment needs to be started
22  immediately.
23      Q.  Was she the person that first told
24  you that you were HIV positive?
25      A.  That I don't remember.
```

Page 101

```
 1              Williams          101
 2      Q.  I believe her first name is Dawn
 3  Roehrig?
 4      A.  I can't be absolute.
 5      Q.  Dr. Lazarus, what part did he take
 6  in these blood tests that you had?
 7      When I say blood tests, I'm referring to
 8  the tests that were taken in November, December
 9  and January.
10      A.  What part did he play?
11      Q.  Yes.  What did he do with you by
12  way of medical treatment or consultation?
13      A.  I can't recall Dr. Lazarus.  As I
14  said before, I met, I've interacted with
15  numerous physicians at St. Clare's Hospital and
16  Health Center.  And whom they were by name, I
17  don't know.
18      Q.  Dr. Lazarus, was he one of the
19  persons that drew your blood, did he actually
20  draw?
21      A.  No.  It was a phlebotomist who drew
22  the blood.
23      Q.  Dr. Lazarus, on any of the
24  occasions that you got your blood results back,
25  did he discuss with you what the findings were?
```

Page 102

```
 1              Williams          102
 2      A.  I can't recall that.
 3      Q.  Did you go to his office for
 4  treatment after, the year of 1997, after being
 5  diagnosed with HIV?
 6      A.  Well, since he was the chief
 7  physician I would think that, yes, from the
 8  beginning I was entering his offices within the
 9  confines of St. Clare's Hospital.
10      Q.  Did you meet with him and did he
11  conduct physical examinations?
12      A.  I can't say I had.  I can't say I
13  met him.  I met numerous physicians there and
14  who they are, I can't recall.
15      Q.  Mr. Williams, when you started this
16  lawsuit, you did it by what they call pro se, by
17  yourself?
18      A.  Yes.
19      Q.  You named him as a named defendant
20  in the lawsuit?
21      A.  Yes.
22      Q.  You made certain allegations as to
23  what he did or didn't do in regards to treating
24  you?
25      A.  That is correct.
```



Page 103

Williams 103
1
2   Q. What I'm trying to find out is what
3   things he did or didn't do in terms of your
4   treatment, what you can recall.
5       For example, when was the first time that
6   you met Dr. Lazarus?
7       A. May I confer with my counsel?
8   Q. Sure.
9       MR. SILVERSON: Off the record.
10      (Whereupon, a discussion was held
11  off the record.)
12  Q. The question, more simply put is,
13  when did you first meet Dr. Lazarus?
14      A. I don't recall if I ever met Dr.
15  Lazarus or not.
16      The reason why I had Dr. Lazarus as a
17  defendant is because he is on all my paperwork,
18  his name is on all my paperwork. I had my
19  sister make an inquiry for me back in 2003 or
20  2004 when I was drafting my complaint and
21  interrogatories as to who Dr. Lazarus was. And
22  I was apprised that Dr. Lazarus was the chief
23  physician. So he, to me of course, appeared to
24  be the most credible defendant to name in my
25  petition.

Page 104

Williams 104
1
2   Q. So your answer to my question about
3   meeting with him is, you don't have any
4   recollection of any specific meetings and
5   whatever allegations you set forth in your
6   complaint as to him was based on the fact that
7   he was head of the department or in some
8   capacity showed up on your name plate on various
9   medical documents at St. Clare's?
10      A. Correct.
11      Q. You had more direct contact then
12  with Miss Roehrig in terms of your testing in
13  the initial stages of your appearances at St.
14  Clare's, that she was the physician's assistant
15  who had some discussion with you about your
16  condition; right?
17      A. I spoke with her on numerous
18  occasions.
19      Q. What advice did she give you in
20  terms of how to treat the condition that had
21  been diagnosed as being HIV positive, did she
22  give you a checklist of things to do or did she
23  refer you to a physician or some other entity to
24  help you with this condition?
25      MR. GELLER: I object to the form.

Page 105

Williams 105
1
2   I think that mischaracterizes his
3   testimony. You can go ahead and answer
4   if you understand.
5       A. Miss Roehrig was -- basically she
6   gave advice on how I should not miss taking the
7   medication. I should be consistent with taking
8   the medication. She put emphasis on how
9   dangerous it would be for me to discontinue it
10  at any time. She told me that I should be
11  careful to let -- to keep my viral load down.
12  In the beginning I had no idea what she was
13  talking about, until we had a little more in
14  depth conversation of what viral loads are and
15  stuff of this nature, which helped me to be more
16  informative about the diagnosis which they were
17  treating me for.
18      Q. As best as you can remember by way
19  of substance of what she told you, what did she
20  tell you about viral loads and your treatment;
21  you said she went into some depth, as best as
22  you can remember.
23      A. She said that the viral load is
24  something that determines the virus in like
25  regard to your blood or something to that

Page 106

Williams 106
1
2   effect -- that there is an amount of virus that
3   you have in your blood. Then she was saying
4   that the medication would keep it low. And for
5   me to be very prompt and being on time taking
6   this medication.
7       Q. Do you recall the names of the
8   medications that was prescribed for you to
9   combat the HIV positive virus that they
10  identified?
11      A. Epivir, Retrovir and Saquinavir.
12      Q. These are pills?
13      A. Yes.
14      Q. Are they to be taken daily?
15      A. Yes.
16      Q. They're three different types of
17  pills that you would take?
18      A. Well, actually there were numerous
19  of other medications.
20      Q. Can you identify those for me?
21      A. No.
22      Q. Were they related to the treatment
23  of the virus?
24      A. Yes.
25      Q. Can you tell me what they were?

Page 107

Williams 107
1
2   A. I can tell you some of the names.
3   I can't give you the complete list of all of
4   them.
5       Q. It's in your record, so just do the
6   best you can?
7       A. She had me on two types of Prozac,
8   Zithromax.
9       Q. Prozac is an antidepressant drug;
10  is it not?
11      A. That is correct.
12      Q. That was part of your treatment
13  plan?
14      A. That was part of what they were
15  giving me.
16      MR. GELLER: I'm just going to ask
17  for a pause for one second. I want to
18  confer with him.
19      Off the record.
20      (Whereupon, a discussion was held
21  off the record.)
22      MR. SILVERSON: You can continue
23  with your answer.
24      A. All these various medications that
25  were prescribed to me were not prescribed

Page 108

Williams 108
1
2   exclusively by Roehrig. They were prescribed by
3   a number of doctors under the supervision of Ted
4   Lazarus. So when I give you some of the names
5   of the medications that was prescribed to me, it
6   wasn't prescribed exclusively by Dawn Roehrig.
7       Q. I understood that, but I'm glad you
8   clarified it.
9       A. Zithromax, Prozac, Naprosyn,
10  Megace, Elavil. The list goes on.
11      Q. Were some of these pills taken as
12  needed or were they taken on a daily basis or
13  several times a day depending on the
14  prescription?
15      MR. GELLER: Object to the form,
16  compound.
17      Q. For example, the drugs that were
18  combating the AIDS virus, the ones that you
19  mentioned, the Epivir, Retrovir and Saquinavir,
20  those were all drugs that you took on a daily
21  basis; is that correct?
22      A. Yes.
23      Q. When did you commence or when did
24  you start taking those drugs?
25      A. They had me start on that

**Page 109**

Williams 109

1 when I say, they--
2 medication -- when I say, they--
3      Q. Meaning someone at the hospital?
4      A. Meaning people, the clear.
5      Q. Any reference to they, it will be
6 understood that you're meaning people at St.
7 Clare's Hospital.
8      A. Right. And not specifically or
9 exclusively any one person.
10      Q. A variety of staff people?
11      A. Yes.
12      Q. Understood.
13      A. It started after the first viral
14 load -- no, yes, the first result of their viral
15 load that came back as my being positive.
16      Q. Just so that we're clear, our
17 records, the records for St. Clare's show that
18 you treated at Spellman Clinic from November 11,
19 1996 through August 15, 1997. So roughly nine
20 months. Would that be about the right time
21 period, would you agree with that?
22      A. Say those dates again, please.
23      Q. Those are the dates that you set
24 forth in your complaint about the period of
25 malpractice?

**Page 110**

Williams 110

1      A. Okay.
2      Q. Those were the dates while at the
3 Spellman Clinic, that there was a departure from
4 the standard of care during that time period?
5      A. Right.
6      Q. The drugs that you just named them,
7 those are drugs that you took during that time
8 frame period, which is approximately nine
9 months?
10      A. Right.
11      Q. In terms of side effects or results
12 of taking these drugs, what if any occurred?
13      A. I felt like I was dying every time
14 I ingested these pills. They had me keeled over
15 as though my stomach was pushed to the far
16 crevices of my back. I could not stand up
17 straight. I could not see straight. I was
18 nauseated.
19      Q. Are you saying abdominal pain?
20      A. Yes.
21      Q. Severe abdominal pain?
22      A. Yes.
23      Q. Would that occur immediately after
24 taking the drug?

**Page 111**

Williams 111

1      A. Shortly after. I would say, once
2 the drug had been dissolved and you know it's
3 supposed to be doing its work for me, then the
4 symptoms come.
5      Q. The first symptom you would
6 experience after taking the antiretroviral drugs
7 was severe abdomen pain?
8      A. Yes.
9      Q. It took place within a short period
10 of time after taking the drug?
11      A. Yes, and it lasted.
12      Q. For how long?
13      A. A long time. I mean, because mind
14 you these pills are taken several times a day.
15 So they, you know, I'm in pain several times a
16 day, excruciating pain.
17      Q. How many times a day were you
18 taking the antiretroviral drugs in the early
19 months of your treatment?
20      A. I think four times a day.
21      Q. Would you take one pill of each
22 type of drug or do you remember the dosages?
23      A. I can't remember that.
24      Q. You're telling me that each time

**Page 112**

Williams 112

1 you took these drugs that you would experience
2 side effects, one of them that you stated
3 already is the severe abdominal pain that would
4 last for a long time?
5      A. Yes.
6      Q. Can you give me in terms of
7 minutes, hours, how long this abdominal pain
8 lasted?
9      A. Hours. Hours on end. By the time
10 the pain would subside, it's time to take
11 another dose of medication.
12      In other words, I was taking medication
13 to constantly stay in pain and to have diarrhea.
14 I was constantly taking medication to be
15 nauseated and sick.
16      Q. Let me just stay with the abdominal
17 pain for a minute. You are saying that the
18 reaction to the drugs, the antiretroviral drugs,
19 was severe abdominal pain that lasted pretty
20 much from the time you took it almost to the
21 next time you had to take it during the day?
22      A. Pretty much. By the time it
23 subsided I had to ingest the pills again. The
24 pills obviously dissolved in my stomach and it

**Page 113**

Williams 113

1 caused it again.
2      Q. This occurred from the time you
3 started taking it, which was after the viral
4 load showed high, for how long a period of time
5 did you have to take these drugs, until when?
6      A. Throughout the period of my
7 treatment at St. Clare's.
8      Q. During that approximately whole
9 nine-month period of time, you had daily pain,
10 severe abdominal pain from this.
11      A. Yes.
12      Q. In addition to the abdominal pain,
13 you mentioned nausea. When did that occur?
14      A. All this occurred simultaneously,
15 right behind one another, at the same time
16 period. If I ingested pills today at 12:00, by
17 1:00, 1:30, I'm in pain.
18      Q. You're in pain and you're nauseous
19 as well?
20      A. Right. I mean, there are numerous
21 things.
22      Q. I just want to stay with the nausea
23 now. This was a daily occurrence?
24      A. Daily occurrence.

**Page 114**

Williams 114

1      Q. So would it be fair to say that
2 during that time period you were at Spellman and
3 under treatment and taking these drugs, that you
4 experienced daily nausea?
5      A. Yes.
6      Q. For long periods of time or shorter
7 periods of time?
8      A. I was nauseated shortly after
9 ingesting the pills.
10      Q. Did it pass within a short time or
11 did it stay with you; as you said with the
12 abdominal pain it lasted from pill to pill. How
13 about the nausea, did that last the same amount
14 of time or something else?
15      A. Sometimes when I throw up, then I
16 regurgitated something, and I feel a little bit
17 better. But then I would have to ingest
18 medication again within a few more hours, which
19 would put me right back in that state.
20      Q. You mentioned diarrhea. What was
21 the frequency of diarrhea during the time period
22 you treated at Spellman, was it something that
23 you experienced daily, weekly, infrequently,
24 everyday or something else?



**Page 115**

Williams 115

1   A. The diarrhea, it has gotten bad to
2 where I've defecated in my clothes.
3   Q. Mr. Williams I'm asking in terms of
4 frequency, was it everyday, every other day,
5 every week or something else?
6   You've been able to describe the
7 abdominal pain and nausea as being daily.
8   A. It was everyday that I took my
9 medication. Everyday.
10   Q. You had an episode of diarrhea?
11   A. And I think they prescribed
12 something for my stool, where it helped because
13 the diarrhea wasn't -- how could I put it, when
14 I had an episode of diarrhea, I mean it was
15 just -- I couldn't, I had no control of my
16 bowel.
17   Q. You had to get to the bathroom
18 quickly?
19   A. Yes. And if I didn't make it, it
20 was like a child having to urinate, you couldn't
21 hold it. They gave me something to the point
22 where I was able to have some control over it.
23   And I think they took me off the Megace,
24 I think that was Megace, because Megace was

**Page 116**

Williams 116

1 considered a stool softener. With diarrhea you
2 don't need a stool softener. They took me off
3 of that and put me on something else and my
4 diarrhea wasn't as frequent.
5   Q. Other than the abdominal pain,
6 nausea and diarrhea, what other side effects, if
7 any, did you incur as a result of taking this
8 medication; that medication, again, meaning the
9 drugs that were combating the HIV positive
10 virus?
11   A. Numbness.
12   Q. Can you describe what part of your
13 body felt numb?
14   A. My arms and legs.
15   Q. In terms of frequency of the
16 feeling of numbness, how would you allocate that
17 in terms of time?
18   A. It's kind of hard for me. It
19 wasn't as frequent as the nausea. It wasn't as
20 frequent as the abdominal pain. But sometimes
21 when I did have those excruciating pains it felt
22 like my blood had stopped circulating in my arms
23 and legs. That if I tried to stand I couldn't
24 feel my legs. If I tried to grab something I

**Page 117**

Williams 117

1 didn't feel it, because I didn't have the normal
2 usage of my hands and my limbs. The numbness
3 that I got wasn't as frequent, like I said, with
4 those episodes of abdominal pain.
5   Another time I can recall being aware of
6 the numbness was like if I go through an episode
7 of abdominal pain and laid down, you know, until
8 I can recoup enough to get up and try to
9 function a little bit throughout my household, I
10 would feel this tingling. And the Naprosyn that
11 they gave me didn't work. But the numbness
12 wasn't -- I mean, if I moved, exert my hands and
13 feet.
14   Q. Meaning clutching your fists and
15 stretching?
16   A. Yes. It was like trying to get the
17 blood to circulate, I don't know what. I'm not
18 a medical practitioner, but all I could say is
19 that I had numbness.
20   Q. What is your best estimate of how
21 long the numbness lasted in terms of time, as
22 best as you can estimate it; or whatever the
23 frequency was, how long did it last?
24   A. No more than an hour and a half to

**Page 118**

Williams 118

1 two hours at length.
2   Q. Other than the numbness, diarrhea,
3 nausea and abdominal pain, what other symptoms
4 were you exhibiting that you attribute to the
5 medication that you were taking?
6   A. That I attributed--
7   MR. SILVERSON: Would you read back
8 the question, please.
9   (Whereupon, the prior question was
10 read back by the reporter.)
11   A. Fatigue.
12   Q. Anything else?
13   A. Being weak, I didn't have any
14 energy. I lost weight, because I couldn't hold
15 down my food.
16   Q. Since you mentioned weight, what
17 was your height and weight in November of 1996
18 when you went to St. Clare's Hospital for that
19 blood test?
20   A. I don't recall. I'm 6 foot 3.
21   Q. What is your weight now?
22   A. My weight now is 185.
23   Q. Do you have any recollection, the
24 records will bear out what it is, how much

**Page 119**

Williams 119

1 weight loss do you feel that you incurred as a
2 result of having to take these drugs?
3   A. I would say five pounds -- five to
4 eight pounds.
5   Q. So you would be down to the 170s in
6 your weight?
7   A. No. I was down in the 160s.
8   Q. Let me start with the severe
9 abdominal pain. Once you started taking these
10 drugs and you got this daily severe abdominal
11 pains, did you tell anyone at St. Clare's
12 Hospital that you were experiencing this side
13 effect?
14   A. Yes.
15   Q. Who did you tell?
16   A. Their staff.
17   Q. A staff person?
18   A. Yes.
19   Q. Do you recall when you first
20 started to tell them about the complaints?
21   A. I don't recall.
22   Q. From the day you first started
23 taking these drugs, did these side effects start
24 hitting you right away or did it take a little

**Page 120**

Williams 120

1 while for them to develop?
2   A. I recall complaining about -- like,
3 some drugs give me different reactions. When I
4 took the medication for the virus, that's when I
5 got the stomach pain and nausea and everything
6 else.
7   But there was other drugs too that I've
8 taken. I don't know if it was the Zithromax or
9 the Naprosyn or whatever, but I experienced
10 feelings, but I don't remember what they were at
11 this time.
12   Q. In your complaint you refer, in
13 addition to the things that you've mentioned,
14 that you suffered liver damage as a result of
15 taking these drugs. Did you ever speak to a
16 physician or have testing on your liver during
17 this time period that you were at Spellman,
18 which would indicate that you suffered liver
19 damage from the ingestion of the antiretroviral
20 drugs?
21   A. No. But I do recall them telling
22 me that my enzymes, the enzyme level was high.
23   Q. As of today, are you suffering from
24 any type of liver disease or liver damage?



Page 121

Williams    121
1    A. Not that I know of, no. I'm not
2 being treated for anything.
3    Q. As of today, are you suffering from
4 diarrhea?
5    A. No.
6    Q. How about abdominal pain and/or
7 nausea?
8    A. No.
9    Q. In terms of numbness?
10    A. No.
11    Q. Did there come a time when you
12 stopped taking the antiretroviral drugs?
13    A. Yes.
14    Q. When was that?
15    A. I don't recall exactly when, but I
16 remember just stopping.
17    Q. Did you take these drugs for the
18 nine-month period that you treated at Spellman?
19    A. I can't answer that. I don't know.
20 I would say, yes, but I can't be sure.
21    Q. Did you take them after 1997 into
22 1998 and forward?
23    A. They just made me too sick. I
24 couldn't stomach them.
25

Page 122

Williams    122
1    Q. Would it be fair to say that once
2 you stopped taking the drugs the symptoms that
3 you described to me stopped?
4    A. Oh, yes.
5    Q. Did you ever complain to anyone at
6 St. Clare's, the staff members, Dr. Lazarus,
7 Miss Roehrig, about these other symptoms, the
8 nausea, the diarrhea and numbness?
9    A. Repeat that question.
10    Q. Did you tell anybody at St. Clare's
11 during the time period in which you treated,
12 about the nausea, the diarrhea and the numbness?
13    A. Yes.
14    Q. Did any of those staff people at
15 St. Clare's either give you medication or change
16 your treatment so as to alleviate the symptoms
17 while you were there?
18    A. Some of the medication was changed,
19 but they would not change the cocktail that they
20 was giving me.
21    Q. The cocktail, meaning the three
22 drugs that we talked about?
23    A. Yes. Right.
24    Q. Prior to getting these drugs, did
25

Page 123

Williams    123
1 any medical person at St. Clare's describe for
2 you that there might be side effects in taking
3 these drugs?
4    A. No. Not at all, no.
5    Q. So that you went ahead and took
6 these drugs with the understanding that there
7 would be no side effects?
8    A. I took these drugs because they
9 said that it would keep the viral load down.
10 The viral load staying down would allow me to
11 fight off any colds, bacteria or anything that I
12 may become infected with, which therefore would
13 help me live longer. That's why I took them.
14    Q. With the nausea and the diarrhea
15 and the pain, how about the diet that you were
16 on, were you given any restrictive diet or a
17 particular diet to follow while you were under
18 treatment?
19    A. They gave me Ensure.
20    Q. What is Ensure?
21    A. It's a dietary supplement. It's
22 like a dairy product.
23    Q. It's like a vitamin enhancement?
24    A. Yes.
25

Page 124

Williams    124
1    Q. Would you be prescribed to take
2 that along with the meals that you were eating
3 as well?
4    A. I was told to take it according to
5 the prescription, the prescribed times that they
6 told me. Whether it was with meals or not, I
7 don't recall.
8    Q. During this time period you were
9 being treated at St. Clare's, did you ever
10 request that they allow you to work, that you
11 wanted to go back to work?
12    A. I don't recall.
13    Q. Were you ever advised by anyone at
14 St. Clare's, more specifically Miss Roehrig,
15 that you were able to go to work even though you
16 were taking these medications?
17    A. Yes. I think I was told that. But
18 my question to her at the time was how could I
19 work when this medication had me in the state
20 that it does.
21    Q. So that you did tell Miss Roehrig
22 that you were having symptoms from the
23 medication?
24    A. Yes. Oh, yes.
25

Page 125

Williams    125
1    Q. Did she advise you, either she or
2 someone at St. Clare's, to change the dosages or
3 change the medications to help you alleviate the
4 symptoms that you were experiencing?
5    A. I don't recall.
6    Q. Did she refer you to a nutritionist
7 at St. Clare's to help you with your diet,
8 during this time period?
9    A. Yes.
10    Q. Did they give you written material
11 and things of that nature to guide you in what
12 to eat and try to stay healthy?
13    A. That and the Ensure.
14    Q. During the time period that you
15 were at Spellman, were you still living at
16 Project Return?
17    A. Part of the time.
18    Q. There came a time when you were
19 able to leave Project Return?
20    A. Yes.
21    Q. Where did you go from there?
22    A. To the Bronx.
23    Q. Was that the Mount Eden address
24 that you gave us earlier?
25

Page 126

Williams    126
1    A. No. I forgot the address that I
2 had in the Bronx. I think it was in South
3 Bronx, like, 170th Street.
4    Q. Did you live alone or with somebody
5 else?
6    A. No, alone.
7    Q. Were you working at the time?
8    A. No.
9    Q. How were you paying for your rental
10 each month?
11    A. Through public assistance.
12    Q. In addition, once you were
13 diagnosed HIV positive, did you apply for any
14 grants or any additional assistance due to the
15 fact that you were diagnosed HIV positive?
16    A. I applied, but was denied.
17    Q. Did you ever reapply after that
18 denial?
19    A. Not to my recollection. They
20 denied me. By the time I got my denial from
21 social security administration, you know, I was
22 so tired of being sick everyday, from ingesting
23 this medication. So I was just ready to give it
24 all up and go on about my life. And if I get
25