UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JIMMIE MECCYA WILLIAMS,                :
                                       :
                Plaintiff,         :
                                       :
      against-                         :   05 Civ. 5909 (HB)
                                       :
                                       :   <u>ORDER</u>
TADD LAZARUS, ST. CLARE'S HOSPITAL,    :
AND HEALTH CENTER, PAUL CHODKOWSKI     :
                                       :
                Defendants.        :
-----------------------------------------------------------------x

**Hon. HAROLD BAER, JR., District Judge:**

      WHEREAS, Plaintiff Jimmie Williams filed this action on June 27, 2005; and

      WHEREAS, trial was scheduled to begin on March 12, 2007; and

      WHEREAS, the parties submitted a Joint Pretrial Order to the Court on February 27, 2007 and indicated that they were prepared to proceed with trial; and

      WHEREAS, on February 28, 2007, Plaintiff's counsel notified the Court that Plaintiff was detained in West Virginia for an alleged parole violation; and

      WHEREAS, the Court determined that it was unlikely that Plaintiff Williams would be released prior to March 12, 2007; and

      WHEREAS, the Court informed the parties that the March 12, 2007 trial date would be postponed until the release of Plaintiff, and entrusted counsel with the responsibility of updating the Court as to the West Virginia proceedings; and

      WHEREAS, on April 9, 2007, Plaintiff's counsel in the instant action informed the Court that Plaintiff Williams retained counsel in the criminal action, and a hearing date for the probation violation has been scheduled for June; and

      WHEREAS, Plaintiff's counsel represents that he is in regular contact with counsel in the criminal matter as well as his client, Mr. Williams; it is hereby

      ORDERED that this matter be added to my "suspense" calendar for 60 days from the date hereof; and it is further

      ORDERED that counsel for Plaintiff will keep the Court apprised of any developments;

and it is further

ORDERED that on or about June 12, 2007, the Court will entertain a motion to dismiss without prejudice or any other applications.

**IT IS SO ORDERED**

**New York, New York**

**April 13, 2007**

_____
U.S.D.J.