ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/07

RECEIVED
APR 19 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

MICROFILM
APR 23 2007 -3:00 PM

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
(212) 455-2436

E-MAIL ADDRESS
jgeller@stblaw.com

BY EMAIL

April 18, 2007

Re:  *Williams v. Lazarus*
     No. 05-Civ-05909

Honorable Harold Baer, Jr.
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Chambers 2230
New York, New York 10007

Dear Judge Baer:

    Mr. Williams has informed me that he will have a preliminary hearing before a parole examiner on April 26, 2007. If the examiner finds that his position has merit, he will appear before the West Virginia Parole Board. I will keep the Court apprised of all developments.

    While we are of course prepared to try this case, we realize that the recent delays have been an inconvenience to the Court. Therefore, we hereby request that the Court schedule and conduct a settlement conference and/or mediation. As you know, Mr. Williams would not be able to attend in person, but we would make arrangements to have him available by telephone if that would be helpful to the Court.

Respectfully,

Joshua R. Geller

cc: Rachel H. Poritz, Esq. (by email)

*[Handwritten note from Judge Baer:]* I'm glad to mediate if both sides are amenable — call chambers to set it up & I can also get one more to learn the rest of ... suspend for a month ... if you decide ...

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 4/20/07

Returned to chambers for scanning on _____
Scanned by chambers on _____
LOS ANGELES   PALO ALTO   WASHINGTON, D.C.   HONG KONG   TOKYO

Endorsement:

    I'm glad to mediate if both sides are amenable - call Chambers to set up I can also just one more time leave the matter in suspense for a month or so you decide together.