ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JIMMIE MECCYA WILLIAMS,

                    Plaintiff,

vs.

TADD LAZARUS, M.D., P.C, ET AL. and
ST. CLARE'S HOSPITAL and HEALTH
CENTER,

                    Defendants.
-----------------------------------------------------------x

05 CV 5909 (HB)

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the Plaintiff and the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued as to **ST. CLARE'S HOSPITAL AND HEALTH CENTER, n/k/a ST. VINCENT'S MIDTOWN HOSPITAL**, with prejudice, and without costs to any party as against the others.

Dated:  New York, New York          New York, New York
        November 5, 2007            November 6, 2007

Simpson Thacher & Bartlett LLP     Silverson, Pareres & Lombardi, LLP
By: _____              By: _____
Joshua R. Geller, Esq.             Victoria Lombardi, Esq.
425 Lexington Avenue               300 East 42nd Street
New York, NY 10017-3954            New York, New York 10017
(212) 455-2000                     (212) 557-1818

*Attorneys for Plaintiff*          *Attorneys for Defendant, St. Clare's
                                   Hospital and Health Center, n/k/a
                                   St. Vincent's Midtown Hospital*

Huttonsville, West Virginia
October 26, 2007

_____
Jimmie Meccya Williams
*Plaintiff*

The Clerk of the Court is instructed to close this case and remove it from
SO ORDERED.
_____
Harold Baer, Jr., U.S.D.J.
12/12/07