ELECTRONICALLY FILED
DATE FILED: 12/12/07  DEC 12 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JIMMIE MECCYA WILLIAMS,

        Plaintiff,

vs.

TADD LAZARUS, M.D., P.C, ET AL. and
ST. CLARE'S HOSPITAL and HEALTH
CENTER,

        Defendants.
------------------------------------------------------------x

05 CV 5909 (HB)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** that Plaintiff, JIMMIE MECCYA WILLIAMS, a/k/a JAMES MECCYA WILLIAMS, hereby withdraws, with prejudice, any and all claims against **TADD LAZARUS, M.D.** and **TADD LAZARUS, M.D., P.C.**

Dated: New York, New York
November 5, 2007

Simpson Thacher & Bartlett LLP
By: _____
Joshua R. Geller, Esq.
425 Lexington Avenue
New York, NY 10017-3954
(212) 455-2000

*Attorneys for Plaintiff*

Huttonsville, West Virginia
October 26, 2007

_____
Jimmie Meccya Williams

*Plaintiff*

The Clerk of the Court is instructed to close this case and remove it from my docket.

SO ORDERED:

_____
Harold Baer, Jr., U.S.D.J.
12/12/07